B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shaw, Daniel Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Shaw, Amber June McClain** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Daniel J. Shaw** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Amber June McClain** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7418** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0514** |
| Street Address of Debtor (No. and Street, City, and State):<br>**389 North First St.**<br>**San Jose, CA**  ZIP Code **95110** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**389 North First St.**<br>**San Jose, CA**  ZIP Code **95110** |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business:<br>**Santa Clara** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shaw, Daniel Joseph**<br>**Shaw, Amber June McClain** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**S&P Properties, LLC** | Case Number:<br>**13-53619** | Date Filed:<br>**7/03/13** |
|---|---|---|
| District:<br>**Northern District of California, San Jose Division** | Relationship:<br>**Member of LLC** | Judge:<br>**Weissbrodt** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____

         (Name of landlord that obtained judgment)

         _____

         (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Shaw, Daniel Joseph**
**Shaw, Amber June McClain**

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel Joseph Shaw**
Signature of Debtor  **Daniel Joseph Shaw**

X **/s/ Amber June McClain Shaw**
Signature of Joint Debtor **Amber June McClain Shaw**

Telephone Number (If not represented by attorney)

**February 27, 2015**
Date

### Signature of Attorney*

X **/s/ David B. Rao**
Signature of Attorney for Debtor(s)

**David B. Rao #103147**
Printed Name of Attorney for Debtor(s)

**Binder & Malter, LLP**
Firm Name

**2775 Park Avenue**
**Santa Clara, CA 95050**

Address

**(408) 295-1700  Fax: (408) 295-1531**
Telephone Number

**February 27, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw**
      **Amber June McClain Shaw**

Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Daniel Joseph Shaw**
                                **Daniel Joseph Shaw**

Date:    **February 27, 2015**

Certificate Number: 16485-CAN-CC-024729388



16485-CAN-CC-024729388

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 19, 2014</u>, at <u>5:41</u> o'clock <u>AM PST</u>, <u>Daniel Shaw</u> received from <u>101creditcounseling.com</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>December 19, 2014</u>          By:     <u>/s/Jennifer L Walter</u>

Name:  <u>Jennifer L Walter</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw**
       **Amber June McClain Shaw**

Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Amber June McClain Shaw**
                          **Amber June McClain Shaw**

Date:   **February 27, 2015**

Certificate Number: 16485-CAN-CC-024729384



16485-CAN-CC-024729384

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 19, 2014</u>, at <u>5:39</u> o'clock <u>AM PST</u>, <u>Amber Shaw</u> received from <u>101creditcounseling.com</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 19, 2014</u>          By:     <u>/s/Jennifer L Walter</u>

Name:  <u>Jennifer L Walter</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**

               Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 508,391.68 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 22,097,491.47 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | 6,243,327.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,614.10 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,684.95 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 508,391.68 | | |
| Total Liabilities | | | | 28,340,818.60 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re  **Daniel Joseph Shaw,**
     **Amber June McClain Shaw**

Case No. _____

                                              Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

.

In re    **Daniel Joseph Shaw,**
         **Amber June McClain Shaw**                             Case No. _____

                                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

    __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**                 Case No. _____

       **Amber June McClain Shaw**

                             Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | **C** | **1,964.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Republic Bank Checking** | **C** | **49.86** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | **C** | **1,670.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **wearing apparel** | **C** | **1,385.00** |
| 7. Furs and jewelry. | | **jewelry** | **C** | **2,125.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance with Manulife, First Penn, and Empire General Life Insurance Companies** | **H** | **0.00** |
| | | **Term life insurance with Empire General Life Insurance Co.** | **W** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **7,193.86** |
| (Total of this page) | |

<u>  4  </u> continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**              Case No. _____

         **Amber June McClain Shaw**

                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RMRF Enterprises, Inc. 401K Plan | H | 373,615.21 |
| | | RMRF Enterprises, Inc. 401K Plan | W | 126,459.61 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | MV Holdings, Inc. 100% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | BDS Capital, Inc. 100% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | RMRF Enterprises Inc. dba: Cupertino Capital 34.13% held by the Shaw 1993 Living Trust | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Pomeroy Partners 33.33% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | BKR Investors LLC 40% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | D&D Ventures LLC 80% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | DCI Properties LLC 100% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | JBD Partners LLC 33.33% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | MH Sterling Group LLC 33.33% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | S&P Properties LLC 50% interest held by the Shaw 1993 Living Trust | C | 0.00 |
| | | Werthmann Management Company LLC 60% interest held by the Shaw 1993 Living Trust | C | 94.00 |
| | | LG Escrow, Inc. [not active] | C | 0.00 |
| | | 2085 Ringwood Avenue LLC [closed] | C | 0.00 |

                                       Sub-Total >      **500,168.82**

                                     (Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

In re     **Daniel Joseph Shaw,**             Case No. _____
            **Amber June McClain Shaw**
_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Cambria Builders, Inc. [closed] | C | 0.00 |
| | | Cascade Investments, LLC [closed] | C | 0.00 |
| | | Chardonnay Investments, LLC [closed] | C | 0.00 |
| | | DESL Investos, LLC [closed] | C | 0.00 |
| | | DID Investments, LLC [closed] | C | 0.00 |
| | | Koll One Associates, LLC [closed] | C | 0.00 |
| | | Mar Sereno Estates, LLC [closed] | C | 0.00 |
| | | MSE Partners, LLC [closed] | C | 0.00 |
| | | ODH Partners, LLC [closed] | C | 0.00 |
| | | Par 3 Investments, LLC [closed] | C | 0.00 |
| | | PASR Investments, LLC [closed] | C | 0.00 |
| | | W&S Investments, Inc. [closed] | C | 0.00 |
| | | [NOTE: The Debtors' interest in the above-described businesses is encumbered by judgment liens, charging orders and/or financing statements.] | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note Receivable owed by BDS Capital, Inc. - $189,683.35 [Note is uncollectable] | C | 0.00 |

Sub-Total >        **0.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**

Case No. _____

_____,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2014 Federal tax refund | C | 529.00 |
| | | 2014 CA State tax refund (estimated) | C | 500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >     **1,029.00**
(Total of this page)

Sheet  __3__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**

Case No. _____

                                              ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **508,391.68**

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**                          Case No. _____

          **Amber June McClain Shaw**

                                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash on hand | C.C.P. § 703.140(b)(5) | 1,964.00 | 1,964.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First Republic Bank Checking | C.C.P. § 703.140(b)(5) | 49.86 | 49.86 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | C.C.P. § 703.140(b)(3) | 1,670.00 | 1,670.00 |
| **Wearing Apparel** | | | |
| wearing apparel | C.C.P. § 703.140(b)(3) | 1,385.00 | 1,385.00 |
| **Furs and Jewelry** | | | |
| jewelry | C.C.P. § 703.140(b)(4) | 1,525.00 | 2,125.00 |
| | C.C.P. § 703.140(b)(5) | 600.00 | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| RMRF Enterprises, Inc. 401K Plan | C.C.P. § 703.140(b)(10)(E) | 373,615.21 | 373,615.21 |
| RMRF Enterprises, Inc. 401K Plan | C.C.P. § 703.140(b)(10)(E) | 126,459.61 | 126,459.61 |
| **Stock and Interests in Businesses** | | | |
| MV Holdings, Inc.<br>100% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| BDS Capital, Inc.<br>100% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| RMRF Enterprises Inc. dba: Cupertino Capital<br>34.13% held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| Pomeroy Partners<br>33.33% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| BKR Investors LLC<br>40% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| D&D Ventures LLC<br>80% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| DCI Properties LLC<br>100% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| JBD Partners LLC<br>33.33% interest held by the Shaw 1993 Living Trust | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Daniel Joseph Shaw,**                            Case No. _____

          **Amber June McClain Shaw**

                                         ,

                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **MH Sterling Group LLC**<br>**33.33% interest held by the Shaw 1993 Living Trust** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **S&P Properties LLC**<br>**50% interest held by the Shaw 1993 Living Trust** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **Werthmann Management Company LLC**<br>**60% interest held by the Shaw 1993 Living Trust** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **94.00** |
| **LG Escrow, Inc. [not active]** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **2085 Ringwood Avenue LLC**<br>**[closed]** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **Cambria Builders, Inc.**<br>**[closed]** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **Cascade Investments, LLC**<br>**[closed]** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **Chardonnay Investments, LLC**<br>**[closed]** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **0.00** |
| **Other Contingent and Unliquidated Claims of Every Nature**<br>**2014 Federal tax refund** | **C.C.P. § 703.140(b)(5)** | **529.00** | **529.00** |
| **2014 CA State tax refund (estimated)** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |
| | **Total:** | **524,297.68** | **508,391.68** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **Daniel Joseph Shaw**
       **Amber June McClain Shaw**                Case No. _____

                                     Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. **Bridge Bank** **Stephen J. Kottmeier** **Hopkins & Carley** **70 S. First Street** **San Jose, CA 95113-2406** | X | C | | Case Nos: 109CV158413; 110CV187417;109CV158413 **Judgments 2/22/10 & 1/5/11** **Superior Court - Santa Clara; Judgment lien filed on 2/13/14 with CA Secretary of State; On 7/9/14; Bridge Bank obained a charging order against the Debtors' interests, if any, in 8 entities.** | | | | | |
| | | | | VALUE        **$0.00** | | | | **$5,050,000.00** | **$5,050,000.00** |

Sheet 1 of 3 total sheets in Schedule of Creditors Holding Secured Claims

In re **Daniel Joseph Shaw
Amber June McClain Shaw**

Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint or Community | | | | | |
| ACCOUNT NO.<br><br>**California Bank & Trust<br>c/o Troutman Sanders, LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614** | | H | 01/03/12<br><br>**Case No: 109CV160027<br>Judgment<br>Superior Court- Santa Clara<br>On 7/30/14, Calif. Bank & Trust obtained a charging and assignment order against Daniel Shaw's interest, if any, in 25 entities** | | | | | |
| | | | VALUE **$0.00** | | | | **$4,778,705.00** | **$4,778,705.00** |
| ACCOUNT NO.<br><br>**Eggers Administrative Trust Partners<br>c/o Michael Eggers<br>3800 Blackhawk Rd., Ste. 140<br>Danville, CA 94506** | | H | 1/1/08<br><br>**Secured Note & Loan Agreement<br><br>On 9/4/08 creditor filed a financing statement with California Secretary of State naming 24 entities in which Daniel Shaw has or had an interest; creditor filed an extension on 3/22/13** | | | | | |
| | | | VALUE **unknown** | | | | **$7,796,750.00** | **unknown** |
| ACCOUNT NO.<br><br>**Mark and Susan Micheletti, Trustees<br>Micheletti Family Trust<br>c/o Breck E Milde, Terra Law LLP<br>177 Park Ave.<br>San Jose, CA 95113** | X | H | 10/21/13<br><br>**Case No: 109CV154522<br>Stipulation & Order for Judgment<br>Superior Court - Santa Clara<br>Claimant has a lien on all non-exempt personal property pursuant to OEX dated 8/26/14** | | | | | |
| | | | VALUE **$0.00** | | | | **$1,346,947.00** | **$1,346,947.00** |

Sheet 2 of 3 total sheets in Schedule of Creditors Holding Secured Claims

In re **Daniel Joseph Shaw**
**Amber June McClain Shaw**

Case No. _____

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| ACCOUNT NO. **Pacific Capital Bank, N.A. c/o Bruce W. Robertson, Esq. 88 King St. Apt 115 San Francisco, CA 94107** | X | H | | | 04/28/11 Case No: 109CV159721 Judgment Superior Court - Santa Clara Judgment lien filed with California Secretary of State 5/6/11 | | | | | |
| | | | | | VALUE $0.00 | | | | $917,342.47 | $917,342.47 |
| ACCOUNT NO. **Robert J. Krakauer c/o Patricia Lyon French & Lyon One Sansome St. Suite 750 San Francisco, CA 94104** | | H | | | 12/30/09 Case No: 109CV144461 Judgment Superior Court - Santa Clara Judgment lien filed on 5/28/14 with California Secretary of State | | | | | |
| | | | | | VALUE $0.00 | | | | $1,957,747.00 | $1,957,747.00 |
| ACCOUNT NO. **Thomas P. Masters c/o Frank R. Ubhaus Berliner Cohen 10 Almaden Blvd. Suite 1100 San Jose, CA 95113** | | H | | | 5/15/13 Case No: 108CV128350 Stipulated Judgment Superior Court - Santa Clara On 8/28/14, creditor filed a judgment lien with California Secretary of State | | | | | |
| | | | | | VALUE $0.00 | | | | $250,000.00 | $250,000.00 |
| | | | | | Total(s) (Use only on last page) | | | | $22,097,491.47 | $14,300,741.47 |
| | | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Secured Claims

.

In re   **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**               Case No. _____

,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1   continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re     **Daniel Joseph Shaw,**
         **Amber June McClain Shaw**                                ,      Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2014 Taxes - Notice Only** | | | | | |
| **California Franchise Tax Board Bankruptcy Unit P. O. Box 2952 Sacramento, CA 95812** | C | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **xx-xxx8106** | | | **2014 taxes - Notice Only** | | | | | |
| **Internal Revenue Service Special Procedures PO Box 7346 Philadelphia, PA 19101-7346** | C | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**                    Case No. _____
             **Amber June McClain Shaw**

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the claim is with an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br> **1115 Investors, LLC** <br> **c/o Kenneth Van Vleck, Esq.** <br> **2570 W. El Camino Real, Ste. 510** <br> **Mountain View, CA 94040** | X | H | | | **Case No: 110CV190668 and** <br> **Case No: 111CV208049** <br> **Complaint for Money,** <br> **Santa Clara Superior Court** | | | | **Unknown** |
| Account No. <br><br> **29-41 South Jackson LLC** <br> **c/o Jesse W. Jack, Esq.** <br> **1550 The Alameda, #300** <br> **San Jose, CA 95126** | | | | C | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **705A Investors LLC** <br> **c/o Kenneth Van Vleck, Esq.** <br> **2570 W. El Camino Real, Ste. 510** <br> **Mountain View, CA 94040** | X | H | | | **Case No: 1-10-CV190665** <br> **Complaint for Money,** <br> **Santa Clara Superior Court** | | | | **Unknown** |
| Account No. xxxx1510 <br><br> **Account Resolution** <br> **9301 Winnetka Ave., Unit B** <br> **Chatsworth, CA 91311** | | H | | | **Original Creditor: US Bank** | | | | **21,512.00** |
| | | | | | | | Subtotal <br> (Total of this page) | | **21,512.00** |

  **45**   continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          S/N:27694-150123   Best Case Bankruptcy

In re  **Daniel Joseph Shaw,**
     **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **A120** <br><br> **Account Resolution Assoc.** <br>**9301 WinnetkaAve., Ste. B** <br>**Chatsworth, CA 91311** | | H | | Original creditor: US Bank (Financial) | | | | 21,339.00 |
| Account No. <br><br> **Adanac Fire Protection** <br>**c/o Joseph W. McCarthy** <br>**Law Offices of Joseph W. McCarthy** <br>**Post Office Box 58032** <br>**Santa Clara, CA 95050** | | C | | Notice Only | | | | 0.00 |
| Account No. **2117** <br><br> **Alaine Patti-Jelsvik** <br>**Persolve, LLC** <br>**9301 Winnetka Ave. Suite B** <br>**Chatsworth, CA 91311** | | H | | 09/04/12 <br>Judgment: US Bank Acct #0491 <br>Superior Court - Santa Clara | | | | 17,844.74 |
| Account No. <br><br> **Alan P. Liebthal** <br>**104 Loma Alta Avenue** <br>**Los Gatos, CA 95030** | | C | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Albert Shaw** <br>**300 Hermit St., #6** <br>**Juneau, AK 99801** | | C | | Notice Only | | | | 0.00 |

Sheet no. __1__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,183.74

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**
        **Amber June McClain Shaw**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** <br> **Alex Moraru and Lilliana Moraru** <br> **234 Brooktree Ranch Road** <br> **Aptos, CA 95003** | C | | | Notice Only | | | | **0.00** |
| **Account No.** <br> **AMC Glass Company, Inc.** <br> **c/o Glassburg, Pollack & Associates** <br> **425 California St. Suite 850** <br> **San Francisco, CA 94104** | C | | | Notice Only | | | | **0.00** |
| **Account No.** <br> **American Contractors Indemnity Company** <br> **c/o Hausman & Sosa, LLP** <br> **Carlos E. Sosa** <br> **18757 Burbank Blvd., Suite 305** <br> **Tarzana, CA 91356** | H | | | 1/20/10 <br> Case No: 109CV142117 <br> Cross Complaint for Expenses/Losses | | | | **Unknown** |
| **Account No.** SC6074986/AC25887-02 <br> **HCC Surety Group** <br> **601 S. Figueroa St., Suite 1600** <br> **Los Angeles, CA 90017-5721** | | | | Representing: <br> American Contractors Indemnity Company | | | | **Notice Only** |
| **Account No.** <br> **Anthony J. Richmond** <br> **595 Rosita Ave.** <br> **Los Altos, CA 94024** | C | | | Notice Only | | | | **0.00** |

Sheet no. __2__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Assessment Collection Group** <br> **1451 River Park Drive, Suite 125** <br> **Sacramento, CA 95815** | C | | Notice Only | | | | 0.00 |
| Account No. **xxxxxx6526** <br><br> **Asset Acceptance Corporation** <br> **PO Box 1630** <br> **Warren, MI 48090-1630** | | W | Notice Only | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-5615** <br><br> **Asset Management Professionals LLC** <br> **PO BOX 2824** <br> **Woodstock, GA 30188** | | W | 2010 <br> Collection: Bank of America | | | | 39,654.33 |
| Account No. **BAM 71-074045939** <br><br> **CollectCorp** <br> **455 North 3rd Street, Suite 260** <br> **Phoenix, AZ 85004** | | | Representing: <br> **Asset Management Professionals LLC** | | | | Notice Only |
| Account No. **xxxxxxx9980** <br><br> **Bank of America** <br> **P.O. Box 982235** <br> **El Paso, TX 79998** | | W | credit card purchases | | | | 37,337.00 |

Sheet no. __3__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,991.33

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5415**<br><br>**Bank of America**<br>**1800 Tapo Canyon Rd.**<br>**Simi Valley, CA 93063** | C | | | Notice Only | | | | 0.00 |
| Account No. **8221**<br><br>**Bank of America**<br>**1800 Tapo Canyon Rd.**<br>**Simi Valley, CA 93063** | C | | | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxx9960**<br><br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998** | | H | | credit card purchases | | | | 14,543.00 |
| Account No. **xxxxxxxxx9976**<br><br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998** | | H | | credit card purchases | | | | 22,779.00 |
| Account No. **x1238**<br><br>**Bank of America**<br>**1800 Tapo Canyon Rd.**<br>**Simi Valley, CA 93063** | | H | | Notice Only | | | | 0.00 |

Sheet no. __4__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,322.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**
      **Amber June McClain Shaw**                   Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2465** <br><br> **Bank of America** <br> **1800 Tapo Canyon Rd.** <br> **Simi Valley, CA 93063** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br> **Barbara Richmond IRA #033325** <br> **1739 Fabian Drive** <br> **San Jose, CA 95124** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Barbara Simmons IRA #057245** <br> **4943 Fairview Lane** <br> **Skokie, IL 60077** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Bella Vista Capital, Inc.** <br> **15700 Winchester Blvd.** <br> **Los Gatos, CA 95030** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Bennett M. Shaw Irrevocable Trust** <br> **1244 Randol Avenue** <br> **San Jose, CA 95126** | | C | Notice Only | | | | 0.00 |

Sheet no. __**5**___ of __**45**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal          **0.00**
                                 (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Beth Elderd IRA 088481**<br>**8 Companion Way**<br>**Weaverville, NC 28787** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Bob Hoffman and Lisa Hoffman,**<br>**Trustees**<br>**2227 Holyoak Drive**<br>**Boulder, CO 80305** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Bracklein CRT**<br>**1039 East El Camino Real, Apt. 212**<br>**Sunnyvale, CA 94087** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Bracklein Living Trust**<br>**1039 E. El Camino Real, Apt. 212**<br>**Sunnyvale, CA 94087** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Brent & Tanya Bunger**<br>**459 Monterey Ave. #100**<br>**Los Gatos, CA 95030-5302** | C | | | | | | 0.00 |

Sheet no. __6__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
     **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Bret Alan Corsiglia 245-M Mt. Herman Road #340 Scotts Valley, CA 95066 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Brian D. McNay Living Trust 514 San Benito Ave. Los Gatos, CA 95030 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Bridge Bank 55 Almaden Blvd. San Jose, CA 95113 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Built in Systems c/o Professional Recovery Systems 20 Great Oaks Blvd. Suite 240 San Jose, CA 95119 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| C. Peter Dollinger, IRA #016335 1493 Country Club Drive Los Altos, CA 94024 | C | | | | | | | 0.00 |

Sheet no. __7__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**  
**Amber June McClain Shaw**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. <br><br> **Cach, LLC** <br> **Chris D. Mandarich** <br> **Mandarich Law Group, LLC** <br> **6301 Owensmouth Ave. Suite 850** <br> **Woodland Hills, CA 91367** | | H | | | **7/27/11** <br> **Case No: 111CV201598** <br> **Judgment** <br> **Superior Court - Santa Clara** | | | | **98,300.88** |
| Account No. **7795** <br><br> **Capital Management Services, LP** <br> **698 1/2 South Ogden St.** <br> **Buffalo, NY 14206-2317** | C | | | | **7/10/14** <br> **Collection: U.S. Bank** | | | | **571.95** |
| Account No. **7795** <br><br> **US Bank** <br> **P.O. Box 1800** <br> **Saint Paul, MN 55101** | | | | | **Representing:** <br> **Capital Management Services, LP** | | | | **Notice Only** |
| Account No. <br><br> **Carl Smith, Trustee** <br> **764 Pelleas Lane** <br> **San Jose, CA 95127** | C | | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Carla Lindorff, Trustee** <br> **PO Box 654** <br> **Los Gatos, CA 95033** | C | | | | **Notice Only** | | | | **0.00** |

Sheet no. __8__ of __45__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**98,872.83**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Carol Jean Gray, Trustee 26265 39th Place South Kent, WA 98032 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Charles Grosjean & Wilma Lee 14501 Clearview Drive Los Gatos, CA 95032 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Charles Liamos and Karen Liamos 2444 Via de los Milagros Pleasanton, CA 94566 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Christina McNay Living Trust 16131 Azalea Way Los Gatos, CA 95032 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| CMA Drywall, Inc. c/o Kristen Green 983 Univeristy Ave. Ste 104C Los Gatos, CA 95032 | C | | | | | | | 0.00 |

Sheet no. __9__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**                    Case No. _____
       **Amber June McClain Shaw**

_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CMA Drywall, Inc.** <br>**c/o Leslie Holmes** <br>**Holmes & Usoz LLP** <br>**333 W. Santa Clara St., Suite 805** <br>**San Jose, CA 95113-1713** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Contech Construction Products, et al** <br>**c/o Steven Booska** <br>**Steven A. Booska Law Offices** <br>**PO BOX 194650** <br>**San Francisco, CA 94119** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Contractors State License Board** <br>**PO BOX 269116** <br>**Sacramento, CA 95826** | C | | **Notice Only** | | | | **0.00** |
| Account No. **xxx x2 871** <br><br>**Creditors Financial Group** <br>**P.O. Box 440290** <br>**Aurora, CO 80044-0290** | H | | **7/2012** <br>**Collection: Nordstrom Credit Card** | | | | **1,742.56** |
| Account No. **482 82 871** <br><br>**Nordstrom Bank** <br>**P.O. Box 79134** <br>**Phoenix, AZ 85062-9134** | | | **Representing:** <br>**Creditors Financial Group** | | | | **Notice Only** |

Sheet no. __10__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,742.56**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
      **Amber June McClain Shaw**
_____,
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxx/xxxxxxx3 BMP** <br><br> **Creditors Financial Group, LLC** <br> **PO BOX 440290** <br> **Aurora, CO 80044** | C | | **11/2010** <br> **Collection: Bank of AmericA** | | | | **37,337.66** |
| Account No. <br><br> **Cynthia Rotwein** <br> **105 Charles Hill Court** <br> **Santa Cruz, CA 95065** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Daniel Dierken IRA #406983** <br> **11657 Alps Way** <br> **Escondido, CA 92026** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Danielsen Trust** <br> **6742 Paseo San Leon** <br> **Pleasanton, CA 94566** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **David Duong** <br> **c/o Stephen R. Oliver, Esq.** <br> **2176 The Alameda** <br> **San Jose, CA 95126** | C | | **Notice Only** | | | | **0.00** |

Sheet no. __11__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,337.66**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re  **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **David Fullagar Trust**<br>**22880 Old Santa Cruz Hwy.**<br>**Los Gatos, CA 95033** | C | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **David Hauser**<br>**c/o Steven W. Dollar**<br>**Ericksen Arbuthnot, Attorneys at Law**<br>**152 N. Third St.,Ste. 700**<br>**San Jose, CA 95112** | C | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **David J. Oroshnik**<br>**2816 Kring Drive**<br>**San Jose, CA 95125** | C | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **David P. Liniak**<br>**1628 H. Street**<br>**Napa, CA 94559** | C | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **David T. Hara, Trustee**<br>**2945 Pineborough Court**<br>**Reno, NV 89509** | C | | | | | | **0.00** |

Sheet no. __12__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Daniel Joseph Shaw,**
      **Amber June McClain Shaw**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Della Maggiore Tile, Inc c/o Robert Pasquinelli Pasquinelli & Pasquinelli 841 Malone Road San Jose, CA 95125-2840 | C | | | | | | | 0.00 |
| Account No. | | | | 08/28/14 Case No: 114CV270003 Judgment Superior Court - Santa Clara | | | | |
| Developers Surety & Indemnity Co. c/o Carlos E. Sosa Hausman & Sosa LLP 18757 Burbank Blvd. Suite 305 Tarzana, CA 91356 | X | H | | | | | | 601,452.68 |
| Account No. | | | | 8/19/14 Case No: 1-14-CV-269625 Judgment Superior Court Santa Clara | | | | |
| Developers Surety & Indemnity Co. c/o Carlos E. Sosa Hausman & Sosa LLP 18757 Burbank Blvd. Suite 305 Tarzana, CA 91356 | | W | | | | | | 606,323.68 |
| Account No. xxxxxxxx0745 | | | | credit card purchases | | | | |
| Discover Financial Services P.O. Box 15316 Wilmington, DE 19850-5316 | H | | | | | | | 52,802.00 |
| Account No. | | | | Notice Only | | | | |
| Emil F. Lojacono IRA #051129 5220 Blackhawk Drive Danville, CA 94506 | C | | | | | | | 0.00 |

Sheet no. __13__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,260,578.36

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Estate of Carolyn G. Lehman** <br> **14619 58th Place West** <br> **Edmonds, WA 98026** | C | | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Extreme Air, Inc.** <br> **c/o Sweeney, Mason, Wilson &** <br> **Bosomworth** <br> **983 Univeristy Ave. Ste 104C** <br> **Los Gatos, CA 95032-7637** | C | | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Ferguson Enterprises, Inc.** <br> **c/o George Sykulski** <br> **16027 Venture Blvd., Suite 503** <br> **Encino, CA 91436** | C | | | **Notice Only** | | | | 0.00 |
| Account No. 3838 <br><br> **Financial Recovery Services, Inc.** <br> **PO BOX 385908** <br> **Minneapolis, MN 55438** | H | | | 1/6/2012 <br> Collection: Bank of America | | | | 22,799.23 |
| Account No. <br><br> **First Source Advantage LLC** <br> **PO BOX 628** <br> **Buffalo, NY 14240** | C | | | account no: xxxx4278; 5162 <br> 2010 <br> Collection: Bank of America | | | | 52,000.00 |

Sheet no. __14__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,799.23

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Notice Only | | | | | |
| **Frank Electric Partners** 3800 Blackhawk Rd., Ste. 140 Danville, CA 94506 | C | | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **Gene R. Baker** 1924 Montemar Way San Jose, CA 95125 | C | | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **Gene R. Baker, IRA #33222** 1924 Montemar Way San Jose, CA 95125 | C | | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **George E. Hansell, IRA** 8145 Park Villa Circle Cupertino, CA 95014 | C | | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **George Korsh** 618 Emerald Hill Rd. Redwood City, CA 94061 | C | | | | | | | 0.00 |

Sheet no. __15__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Notice Only | | | | |
| Gerald H. Shaw PO Box 70385 Bellevue, WA 98007 | C | | | | | | | 0.00 |
| **Account No.** | | | | Representing: Gerald H. Shaw | | | | |
| Gerald H. Shaw c/o LG Servicing 15700 Winchester Blvd. Los Gatos, CA 95030 | | | | | | | | Notice Only |
| **Account No.** | | | | Notice Only | | | | |
| Gloria Jonas 12918 S.E. 5th Place Bellevue, WA 98005 | C | | | | | | | 0.00 |
| **Account No.** | | | | 3/4/10 Case No: 109CV56829 Judgment Superior Court - Santa Clara | | | | |
| Gordon Family Trust c/o Harry I. Price, Esq. 40 Main St. Los Altos, CA 94022 | X | H | | | | | | 150,000.00 |
| **Account No.** | | | | Notice Only | | | | |
| Guy Anthony, IRA #AN091 2920 Hillside Dr. Burlingame, CA 94010 | C | | | | | | | 0.00 |

Sheet no. __16__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**150,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx5997** | | | Notice Only | | | | | |
| **HCC Surety** **601 S. Figueroa St., Ste. 1600** **Los Angeles, CA 90017** | | H | | | | | | **0.00** |
| Account No. | | | Case No: CV 165397 Judgment 3/9/10 | | | | | |
| **Heritage Bank of Commerce** **150 Almaden Blvd.** **San Jose, CA 95113** | X | C | | | | | | **569,637.41** |
| Account No. **CV165397** | | | Representing: Heritage Bank of Commerce | | | | | |
| **Wm. Thomas Lewis, Esq.** **Robertson & Lewis** **10 Almaden Blvd., Suite 500** **San Jose, CA 95113** | | | | | | | | **Notice Only** |
| Account No. | | | Notice Only | | | | | |
| **Heritage Bank of Commerce** **18625 Sutter Blvd .** **Morgan Hill, CA 95037** | | C | | | | | | **0.00** |
| Account No. | | | Construction Bail Bond fees | | | | | |
| **Insco Insurance Services, Inc.** **P.O. Box 19725** **Irvine, CA 92623** | X | H | | | | | X | **17,760.00** |

Sheet no. __17__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**587,397.41**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**                                 Case No. _____
            **Amber June McClain Shaw**

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LEA2694076245**<br><br>**Integrity Financial Partners, Inc.**<br>**P.O. Box 11530**<br>**Overland Park, KS 66207-4230** | | H | **10/17/2012**<br>**Collection: US Bank Repo Deficiency** | | | | **3,481.60** |
| Account No. **294076245**<br><br>**US Bank**<br>**PO BOX 790117**<br>**Saint Louis, MO 63179** | | | **Representing:**<br>**Integrity Financial Partners, Inc.** | | | | **Notice Only** |
| Account No.<br><br>**James K. Rowe IRA #16144**<br>**814 Bremerton Drive**<br>**Sunnyvale, CA 94087** | | C | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Janine Lariviere**<br>**190 Coffey Street**<br>**Brooklyn, NY 11231** | | C | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Jeffrey J. Garcia, Trustee**<br>**c/o Jason Baker**<br>**6255 Lusk Blvd., #140**<br>**San Diego, CA 92121** | | C | **Notice Only** | | | | **0.00** |

Sheet no. __18__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
(Total of this page)            **3,481.60**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Jeffrey L. Garcia, Trustee PO Box 8977 Rancho Santa Fe, CA 92067 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Jeffrey S. Bohlin, Trustee 1235 Audrey Avenue Campbell, CA 95008 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| John Kinsel 773 Lakemead Way Emerald Hills, CA 94062 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| John M. Pereira, Trustee 10533 Olive Drive San Jose, CA 95127 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| John W. Wedgwood 1884 The Alameda San Jose, CA 95126 | C | | | | | | 0.00 |

Sheet no. __19__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
      **Amber June McClain Shaw**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Jon Walser Construction, Inc.** **400 Discovery Bay Blvd.** **Discovery Bay, CA 94505** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Jose M. & Azita E. Costa** **c/o Roger F. Liu** **Miller Morton Cillart, Et al.** **25 Metro Drive, 7th Floor** **San Jose, CA 95110** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Kareen Messerschmidt** **1218 SE 121st Avenue** **Vancouver, WA 98683** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Karla A. Hauser, IRA #103998** **3200 Ardilla Rd.** **Atascadero, CA 93422** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Kathleen & Jerry Kelly** **2677 Sumac Lane** **Leavenworth, WA 98826** | C | | | | | | 0.00 |

Sheet no. **20** of **45** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
     **Amber June McClain Shaw**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Keith Henderson** **312 Cheyenne Drive** **Berthoud, CO 80513** | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Kelly Properties, LLC** **P.O. Box 70385** **Bellevue, WA 98007** | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Kelly Web** **1905 Overland Drive** **Johnstown, CO 80534** | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Kenneth Ray dba TKR Custom Homes** **c/o Steven R. Hubert, Attorney at Law** **3880 S. Bascom Ave. Suite 106** **San Jose, CA 95124** | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Kenneth Ray dba TKR Custom Homes** **c/o Hopkins & Carley** **70 S. First Street** **San Jose, CA 95113** | C | | | | | | | 0.00 |

Sheet no. __21__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
         **Amber June McClain Shaw**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Kent Hillhouse IRA 130013 PO Box 654 Los Gatos, CA 95033 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Kieran K. Shaw Irrevocable Trust 1244 Randol Avenue San Jose, CA 95126 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Kimarie and Michael Manfre Trust 370 Browns Valley Rd. Corralitos, CA 95076 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Larry D. & Janet M. Russell, Trustee of the Larry & Janet Russell 1978 Living c/o Thomas R. Cave, Groom & Cave 1570 The Alameda #100 San Jose, CA 95126 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Larry L. Peden IRA #06190 431 El Camino Real #1419 Santa Clara, CA 95050 | C | | | | | | | 0.00 |

Sheet no. __22__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Larry Russel, Trustee 24740 Miller Hiu Road Los Gatos, CA 95033 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Lea & Braze 2495 Industrial Parkway West Hayward, CA 94545 | C | | | | | | | 0.00 |
| Account No. 112314 | | | | Representing: Lea & Braze | | | | Notice Only |
| Amerassist AR Solutions 445 Hutchinson Ave., Suite 500 Columbus, OH 43235 | | | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Lenora (Eggers) Lima 2097 Hillside Circle San Leandro, CA 94577 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Leona C. Connell (Estate) PO Box 583 McCall, ID 83638 | C | | | | | | | 0.00 |

Sheet no. __23__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| LG Servicing, Inc. 15700 Winchester Blvd. Los Gatos, CA 95030 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Lore H. Coufal, Trustee 6338 Paso Los Cerritos San Jose, CA 95120 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Lori A. Neumann, IRA #016173 2712 Katrina Way Mountain View, CA 94043 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Lura Francis IRA #169957 2019 San Gabriel Way Stockton, CA 95209 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Lynley O'Donnell Trustee PO Box 285 Naselle, WA 98638 | C | | | | | | | 0.00 |

Sheet no. __24__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Margo Hazell 1998 CRT #1 PO Box 895 Weatherford, TX 76086 | C | | | | | | | 0.00 |
| Account No. | | | | 7/2/14 Case No: 112CV236598 Stipulated Judgment & Settlement | | | | |
| Mark & Susan Micheletti c/o Breck E Milde Terra Law LLP 177 Park Ave. San Jose, CA 95113 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Mark and Eileen Goldman, Trustee 514 Clearview Drive Los Gatos, CA 95032 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Mark Reynolds PO Box 1560 Stanwood, WA 98292 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Marvin Francine 1469 Luning Drive San Jose, CA 95118 | C | | | | | | | 0.00 |

Sheet no. __25__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**
        **Amber June McClain Shaw**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Mary Hacker, Trustee 1141 Covington Rd. Los Altos, CA 94024 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Mary Wolf, Trustee 109 Cardinal Lane Los Gatos, CA 95032 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Meg Ann Shaw, Trustee 7488 Monaco Place NW Bremerton, WA 98312 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Melissa L. Ford 471 Heritage Lane Johnstown, CO 80534 | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Michael E. Dunn 3111 Fallon Drive Hollister, CA 95023 | C | | | | | | 0.00 |

Sheet no. __26__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**                             Case No. _____

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Michael T. Parsons, Trustee** <br>**49 Ashler Avenue** <br>**Los Gatos, CA 95030** | C | | **Notice Only** | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-xxxx/xxxxxx6621** <br><br>**Midland Credit Management** <br>**8875 Aero Drive, Suite 200** <br>**San Diego, CA 92123** | H | | **7/10/14** <br>**Collection:** <br>**FIA Card Services/Bank of America** | | | | **26,342.77** |
| Account No. **12-2149236** <br><br>**Asset Acceptance Corporation** <br>**PO Box 1630** <br>**Warren, MI 48090-1630** | | | **Representing:** <br>**Midland Credit Management** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-1729** <br><br>**Midland Credit Management** <br>**8875 Aero Drive, Suite 200** <br>**San Diego, CA 92123** | C | | **7/10/2014** <br>**Collection: FIA Card Services, N.A.** | | | | **16,824.77** |
| Account No. **xx6195** <br><br>**Midland Funding** <br>**8875 Aero Dr., Ste. 200** <br>**San Diego, CA 92123** | W | | **Original Creditor: FIA Card Services N.A.** | | | | **44,380.00** |

Sheet no. __27__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal         | **87,547.54**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**

Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6174** <br><br> **Midland Funding** <br> **8875 Aero Dr., Ste. 200** <br> **San Diego, CA 92123** | | H | Original Creditor: FIA Card Services N.A. | | | | 16,825.00 |
| Account No. **xx6286** <br><br> **Midland Funding** <br> **8875 Aero Dr., Ste. 200** <br> **San Diego, CA 92123** | | H | Original Creditor: FIA Card Services N.A. | | | | 26,343.00 |
| Account No. <br><br> **Midland Funding LLC** <br> **c/o Karen Etsell** <br> **Midland Funding LLC** <br> **10601-G Tierrasanta Blvd. #4540** <br> **San Diego, CA 92124** | | H | Case No's: 1-13-CV-244214 - 8/6/13 <br> Case No: 1-13-CV-245100 - 8/15/13 <br> Judgments <br> Superior Court - Santa Clara | | | | 12,200.00 |
| Account No. <br><br> **Moles 1997 Unitrust** <br> **P.O. Box 943** <br> **Aptos, CA 95001** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Monument Construction Inc., dba** <br> **Techcon Landscape Construction** <br> **Miller, Morton, Caillat & Nevis, LLP** <br> **25 Metro Drive, 7th Floor** <br> **San Jose, CA 95110** | | C | Notice Only | | | | 0.00 |

Sheet no. __28__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,368.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
     **Amber June McClain Shaw**
Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Monument Construction, Inc.** <br>**dba Techcon Landscape Construction** <br>**16200 Vineyard Blvd, Suite 100** <br>**Morgan Hill, CA 95037** | | H | **06/11/10** <br>**Case No: 7-10-SC-038981** <br>**Judgment** <br>**Santa Clara County Superior Court** | | | | **4,736.04** |
| Account No. <br><br>**Morgan Bonanno Development, Inc.** <br>**c/o Hal Reiland** <br>**6140 Stoneridge Mall Rd. Suite 350** <br>**Pleasanton, CA 94500** | | H | **Case No: 109CV142117** <br>**Notice Only** | | | | **0.00** |
| Account No. **109CV142117** <br><br>**Morgan Bonanno Development, Inc.** <br>**PO BOX 1476** <br>**134 South Jackson Way** <br>**Alamo, CA 94507** | | | **Representing:** <br>**Morgan Bonanno Development, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Morgan Hill Garage Door Co.** <br>**c/o Timothy J. Leahy, Attorney at Law** <br>**6700 Pinecrest Dr. Ste. 150** <br>**Plano, TX 75204** | C | | **Notice Only** | | | | **0.00** |
| Account No. **xxxx# xxxx5174** <br><br>**Morton Septic Service, Inc.** <br>**PO BOX 1682** <br>**Morgan Hill, CA 95038** | | H | **Notice Only** | | | | **0.00** |

Sheet no. __29__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,736.04**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  **Daniel Joseph Shaw,**
　　　 **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | C | | Notice Only | | | | |
| **Myers Revocable Trust (Estate)** **3743 Windbluff Drive** **Charlotte, NC 28277** | | | | | | | 0.00 |
| Account No. **xx-xxxxx-x/xxxxxxxxxxxx6781** | C | | 2010 Collection: Wells Fargo Bank, N.A.; The Tin Roof | | | | |
| **National Credit Adjustors** **c/o Nelson & Kinnard** **P.O. Box 13807** **Sacramento, CA 95853** | | | | | | | 8,139.25 |
| Account No. 5774421760606781 | | | Representing: **National Credit Adjustors** | | | | |
| **National Credit Adjusters** **PO BOX 3023-327 W. 4th St.** **Hutchinson, KS 67504** | | | | | | | Notice Only |
| Account No. **xxxxxxx5466** | | H | delinquent payments [Notice of Default recorded on 1/30/15 | | | | |
| **Nationstar Mortgage LLC** **350 Highland Drive** **Lewisville, TX 75067** | | | | | | | 65,325.37 |
| Account No. **TS# CA1400264629** | | | Representing: **Nationstar Mortgage LLC** | | | | |
| **Veriprise Processing Solutions, LLC** **750 Hwy 121 BYP Ste. 100** **Lewisville, TX 75067** | | | | | | | Notice Only |

Sheet no. __30__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,464.62

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**             Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5288** <br><br>**Nationwide Credit Inc.** <br>**4700 Vestal Parkway East** <br>**Vestal, NY 13850** | C | | **4/2012** <br>**Collection: Discover Card** | | | | **52,802.57** |
| Account No. <br><br>**NMICT Investments, LLC** <br>**P.O. Box 1826** <br>**Columbus, MS 39783** | C | | **Notice Only** | | | | **0.00** |
| Account No. **xx4828** <br><br>**Nordstrom FSB** <br>**P.O. Box 13589** <br>**Scottsdale, AZ 85267** | H | | **credit card purchases** | | | | **1,742.00** |
| Account No. <br><br>**Offenberg Family LP** <br>**PO Box 3195** <br>**Monterey, CA 93942** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Pacific Lamp & Supply Co. PSP** <br>**P.O. Box 70385** <br>**Bellevue, WA 98007** | C | | **Notice Only** | | | | **0.00** |

Sheet no. __31__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
                (Total of this page)     **54,544.57**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Papas 2002 Revocable Trust 1650 Bay Laurel Menlo Park, CA 94025 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Paul A. Werthmann IRA 082830 1196 Delynn Way San Jose, CA 95125 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Paul K. DiFraia 3743 Windbluff Drive Charlotte, NC 28277 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Peden CRT 431 El Camino Real #1419 Santa Clara, CA 95050 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Pension Investment Group LLC 15700 Winchester Blvd. Los Gatos, CA 95030 | C | | | | | | | 0.00 |

Sheet no. __32__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Persolve LLC**<br>**dba Account Resolution Associates**<br>**9301 Winnetka Ave. Ste B**<br>**Chatsworth, CA 91311** | C | | | | **12/18/12**<br>**Case No: 112CV222665**<br>**Judgment** | | | | **17,844.74** |
| Account No.<br><br>**Peter Cannell**<br>**402 Sam Snead Drive**<br>**Mebane, NC 27302** | C | | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Phillip A. McClain IRA #045934**<br>**13505 Spring Valley Rd.**<br>**Morgan Hill, CA 95037** | C | | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Phillip S. Hahn**<br>**8800 Portico Lane**<br>**Longmont, CO 80503** | C | | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Pine Cone Lumber Co, Inc.**<br>**895 E. Evelyn Avenue**<br>**PO BOX 61207**<br>**Sunnyvale, CA 94088** | C | | | | **Notice Only** | | | | **0.00** |

Sheet no. __33__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,844.74**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
      **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pine Mountain Lake Association**<br>**1451 River Park Dr. Ste. 125**<br>**Sacramento, CA 95818** | C | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**R. Fred and JoAnn Pfost**<br>**1090 Eastwood Ct.**<br>**Los Altos, CA 94024** | C | | **Notice Only** | | | | **0.00** |
| Account No. xxxxxxxxxxxx0565<br><br>**Radiological Assoc. Medical Group-R**<br>**c/o Rash Curtis & Associates**<br>**190 S. Orchard Ave., Ste. A205**<br>**Vacaville, CA 95688** | | W | medical expenses | | | | **4,158.00** |
| Account No.<br><br>**Real Equity Investment Group**<br>**c/o Kenneth Van Vleck, Esq.**<br>**2570 W. El Camino Real, Suite 510**<br>**Mountain View, CA 94040** | X | H | 4/21/14<br>**Notice Only** | | | | **0.00** |
| Account No.<br><br>**Real Equity Investment Group**<br>**c/o William Wasko Esq.**<br>**1 Kaiser Plaza, Ste. 750**<br>**Oakland, CA 94612** | | | **Representing:**<br>**Real Equity Investment Group** | | | | **Notice Only** |

Sheet no. __34__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,158.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**                      Case No. _____
      **Amber June McClain Shaw**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Redwood Geotechnical Engineering Inc.**<br>**7450 Railroad St.**<br>**Gilroy, CA 95020** | C | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Reid 2004 Revocable Trust**<br>**16780 Lark Avenue**<br>**Los Gatos, CA 95032** | C | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Rhonda Richards IRA #073513**<br>**807 Pescadero Dr.**<br>**San Jose, CA 95123** | C | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Richard A. Darlow**<br>**6527 Royal Crest Dr.**<br>**Dallas, TX 75230** | C | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Richard Karpen, IRA #062783**<br>**2287 Port Stanley Road**<br>**Lopez Island, WA 98261** | C | | Notice Only | | | | 0.00 |

Sheet no. __35__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
    (Total of this page)      **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Richard N. Hardy, IRA #096180 835 Pheland Ct. Milpitas, CA 95035 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Richard W. Alexander PO Box 70385 Bellevue, WA 98007 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Robert DuFresne, IRA #081930 7137 Roxburghe Place S.W. Port Orchard, WA 98367 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Robert E. Slavik 855 Trenton Drive Sunnyvale, CA 94087 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Robert Half International c/o Law Offices of Brian J. Ferber, Inc. 5611 Fallbrook Ave. Woodland Hills, CA 91367 | C | | | | | | | 0.00 |

Sheet no. __36__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**                                 Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Robert Sandler** **9675 W. Canyon Terrace #3** **San Diego, CA 92123** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Roberta Egner IRA #E6014** **13537 North Heritage Gateway Ave.** **Marana, AZ 85653** | C | | | | | | 0.00 |
| Account No. | | | **1/10/11** **Case No: 109CV139588** **Judgment** **Superior Court - Santa Clara** | | | | |
| **Robinson & Moretti, Inc.** **c/o Kevin P. Cody** **Ropers Majeski Kohn & Bently** **50 W. San Fernando Suite 1400** **San Jose, CA 95113** | H | | | | | | 126,286.57 |
| Account No. | | | Notice Only | | | | |
| **Ron Gregg** **7045 Elmsdale Drive** **San Jose, CA 95120** | C | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Ronald D. Shaw Irrevocable Trust** **1244 Randol Avenue** **San Jose, CA 95126** | C | | | | | | 0.00 |

Sheet no. __37__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                (Total of this page)       **126,286.57**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**
                                                ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| Ronald L. Murphy, Trustee 441 Juanita Way Los Altos, CA 94022 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Ronald Winterlin 1870 Bahai Street San Mateo, CA 94403 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Rosemarie Jorgensen 19424 De Havilland Drive Saratoga, CA 95070 | C | | | | | | | 0.00 |
| Account No. | | | | Case No: 1-12-CV-224230 - 5/1/12 Promissory Note for Attorney's Fees Daniel Shaw, as an Individual | | | | |
| Rossi, Hamerslough, Reischl & Chuck 1960 The Alameda, Suite 200 San Jose, CA 95126-1493 | H | | | Case No: 108CV128350 12/31/08 - #5151 - Legal Fees | | | | 10,684.00 |
| Account No. | | | | Notice Only | | | | |
| Samantha Meckenstock 1357 Shelby Creek Drive San Jose, CA 95120 | C | | | | | | | 0.00 |

Sheet no. **38** of **45** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **10,684.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
    **Amber June McClain Shaw**

Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx# xxxx1044** <br><br> **Sanchez Custom Steel** <br> **c/o Tucker Albin & Associates** <br> **1702 North Collins Blvd. Suite 204** <br> **Richardson, TX 75080** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br> **Santa Clara County** <br> **Tax Collector** <br> **70 West Hedding** <br> **East Wing, 6th Floor** <br> **San Jose, CA 95110** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Shannon Cook** <br> **7525 2nd Ave., North East** <br> **Seattle, WA 98115** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Sharon L. Pereira** <br> **10533 Olive Drive** <br> **San Jose, CA 95127** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br> **Sheryl Mondt** <br> **c/o Frank R. Ubhaus** <br> **Berliner Cohen** <br> **10 Almaden Blvd. Suite 1100** <br> **San Jose, CA 95113** | X | H | **2/23/12** <br> **Case No: 111CV204182** <br> **Judgment** <br> **Superior Court - Santa Clara** | | | | 2,126,799.33 |

Sheet no. __39__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 2,126,799.33

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **Daniel Joseph Shaw,**
       **Amber June McClain Shaw**
                                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stagers, LLC** <br> **607 Old County Rd.** <br> **San Carlos, CA 94070** | | H | **Case No: SCS12752: 5/7/13;** <br> **Case No: SCS12751: 12/5/13; and** <br> **Case No: SCS12742: 9/6/11** <br> **Judgments** <br> **Superior Court - San Mateo** | | | | **13,000.00** |
| Account No. <br><br> **State of California** <br> **Department of Transportation** <br> **Ronald W. Beals, Chief Counsel** <br> **1120 North Street** <br> **Sacramento, CA 95812** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Sterling Savings Bank** <br> **Witherspoon-Kelley Attorneys** <br> **422 W. Riverside Ave., Suite 1100** <br> **Spokane, WA 99201-0300** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Stevens Living Trust Dated 2/23/95** <br> **7155 S. Makena Road** <br> **Kihei, HI 96753** | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Sturiza & Aiken CRT, Richard M** <br> **13520 Skyline Blvd.** <br> **Redwood City, CA 94062** | C | | **Notice Only** | | | | **0.00** |

Sheet no. __40__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Daniel Joseph Shaw,**        Case No. _____
      **Amber June McClain Shaw**

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Susan S. Slavik IRA #057390**<br>**21426 Amulet Drive**<br>**Cupertino, CA 95014** | C | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Suzanne Lloyd Mack**<br>**4381 Vanderbilt Drive**<br>**San Jose, CA 95130** | C | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**SW Allen Contruction**<br>**c/o Murphy Austin Adams Schoenfeld, LLP**<br>**304 "S" Street**<br>**PO BOX 1319**<br>**Sacramento, CA 95812** | C | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Tamara Kristine Mack**<br>**135 Riviera Drive  #341**<br>**Los Gatos, CA 95032** | C | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Techcon Landscape Construction**<br>**c/o Attorney Recovery Systems, Inc.**<br>**Law Office of Joseph P. Graziano**<br>**18757 Burbank Blvd☐☐Ste 300**<br>**Tarzana, CA 91356** | C | | **Notice Only** | | | | **0.00** |

Sheet no. __41__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
 **Amber June McClain Shaw**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| The Carpet Outlet c/o Brian Kandel, Esq. Book & Book, LLP 1414 Soquel Ave. #203 Santa Cruz, CA 95062 | C | | | | | | | 0.00 |
| Account No. xx8829 | | | | Original Creditor: Insco Insurance Agency | | | | |
| The INSCO/DICO Group 17771 Cowan, Suite 100 Irvine, CA 92614 | C | | | | | | | 141,887.00 |
| Account No. | | | | Case No: 114CV274094 Complaint for breach of contract & guaranty | | | | |
| Thomas P. Masters c/o Frank R. Ubhaus Berliner Cohen 10 Almaden Blvd. Suite 1100 San Jose, CA 95113 | X | H | | | | | X | 934,360.00 |
| Account No. | | | | Notice Only | | | | |
| Thorpe Design, Inc. PO BOX 1149 410 Beatrice Ct. Suite A Brentwood, CA 95826 | C | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Todd Smith 4229 Chaboya Ct. San Jose, CA 95148 | C | | | | | | | 0.00 |

Sheet no. __42__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,076,247.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
**Amber June McClain Shaw**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tom Meckenstock** <br>**1357 Shelby Creek Ct.** <br>**San Jose, CA 95120** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br>**Tommyhawk Carpet dba The Carpet Outlet** <br>**c/o Brian Kandel, Esq.** <br>**Book & Book, LLP** <br>**1414 Soquel Ave. #203** <br>**Santa Cruz, CA 95062** | | C | Notice Only | | | | 0.00 |
| Account No. <br><br>**Trevor J. Lloyd Special Needs Trust** <br>**4381 Vanderbilt Drive** <br>**San Jose, CA 95130** | | C | Notice Only | | | | 0.00 |
| Account No. **0416** <br><br>**Umpqua Bank** <br>**One S.W. Columbia St. Suite 140** <br>**Portland, OR 97258** | X | C | Commercial Guaranty | | | | 181,236.00 |
| Account No. <br><br>**University Electric Co, Inc.** <br>**c/o William M. Kirkpatrick** <br>**Law Office of William M. Kirkpatrick** <br>**28 N. First Street Suite 100** <br>**San Jose, CA 95113** | | C | Notice Only | | | | 0.00 |

Sheet no. __43__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

181,236.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Daniel Joseph Shaw,**　　Case No. _____
　　　　**Amber June McClain Shaw**

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Ursula Jones 27207 Pond Drive Hilliard, FL 32046** | | C | | | | | | **0.00** |
| Account No. **xxxxxxxx4300** | | | | credit card purchases | | | | |
| **US Bank P.O. Box 108 Saint Louis, MO 63166-9801** | | H | | | | | | **13,121.00** |
| Account No. **xxxx & x1119** | | | | lease on Toyota Mini Van | | | | |
| **US Bank 425 Walnut St. Cincinnati, OH 45202** | | H | | | | | | **3,481.00** |
| Account No. | | | | Notice Only | | | | |
| **W. Mark Lortz, Trustee 3724 Nicole Avenue Pleasanton, CA 94588** | | C | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Wayne D. Cochran Construction, Inc. 19045 Portola Dr. Suite A Salinas, CA 93908** | | C | | | | | | **0.00** |

Sheet no. __44__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**16,602.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

In re **Daniel Joseph Shaw,**
     **Amber June McClain Shaw**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6060** <br><br>**Wells Fargo** <br>**c/o Nationwide** <br>**800 Walnut St.** <br>**Des Moines, IA 50309** | | H | | **credit card purchases** | | | | **5,590.00** |
| Account No. <br><br>**Werthmann Family Partnership, LP** <br>**15700 Winchester Blvd.** <br>**Los Gatos, CA 95030** | | C | | **Notice Only** | | | | **0.00** |
| Account No. **xxxxxxx6060** <br><br>**WFFNB/Nationwide** <br>**CSCL DSP TMMAC N8235-04MP** <br>**P.O. Box 14517** <br>**Des Moines, IA 50306** | | H | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**William Offenberg** <br>**PO Box 3195** <br>**Monterey, CA 93942** | | C | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> | | | | | | | | |

Sheet no. __45__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,590.00**

Total
(Report on Summary of Schedules)   **6,243,327.13**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re **Daniel Joseph Shaw,**        Case No. _____
      **Amber June McClain Shaw**
_____,
                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Case: 15-50656   Doc# 1   Filed: 02/27/15   Entered: 02/27/15 13:36:20   Page 71 of 126

B6H (Official Form 6H) (12/07)

In re    **Daniel Joseph Shaw,**
         **Amber June McClain Shaw**
                                Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **29-41 South Jackson LLC**<br>**c/o Jesse W. Jack, Esq.**<br>**1550 The Alameda, #300**<br>**San Jose, CA 95126** | **705A Investors LLC**<br>**c/o Kenneth Van Vleck, Esq.**<br>**2570 W. El Camino Real, Ste. 510**<br>**Mountain View, CA 94040** |
| **29-41 South Jackson LLC**<br>**c/o Jesse W. Jack, Esq.**<br>**1550 The Alameda, #300**<br>**San Jose, CA 95126** | **1115 Investors, LLC**<br>**c/o Kenneth Van Vleck, Esq.**<br>**2570 W. El Camino Real, Ste. 510**<br>**Mountain View, CA 94040** |
| **D&D Ventures, Inc.**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Real Equity Investment Group**<br>**c/o Kenneth Van Vleck, Esq.**<br>**2570 W. El Camino Real, Suite 510**<br>**Mountain View, CA 94040** |
| **Michael E. Dunn**<br>**3111 Fallon Drive**<br>**Hollister, CA 95023** | **Pacific Capital Bank, N.A.**<br>**c/o Bruce W. Robertson, Esq.**<br>**88 King St. Apt 115**<br>**San Francisco, CA 94107** |
| **RMRF Enterprises, Inc.**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Gordon Family Trust**<br>**c/o Harry I. Price, Esq.**<br>**40 Main St.**<br>**Los Altos, CA 94022** |
| **RMRF Enterprises, Inc.**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Umpqua Bank**<br>**One S.W. Columbia St. Suite 140**<br>**Portland, OR 97258** |
| **RMRF Enterprises, Inc.**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Thomas P. Masters**<br>**c/o Frank R. Ubhaus**<br>**Berliner Cohen**<br>**10 Almaden Blvd. Suite 1100**<br>**San Jose, CA 95113** |
| **RMRF Enterprises, Inc.**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Sheryl Mondt**<br>**c/o Frank R. Ubhaus**<br>**Berliner Cohen**<br>**10 Almaden Blvd. Suite 1100**<br>**San Jose, CA 95113** |
| **RMRF Enterprises, Inc.& BDS Capital, Inc**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Mark and Susan Micheletti, Trustees**<br>**Micheletti Family Trust**<br>**c/o Breck E Milde, Terra Law LLP**<br>**177 Park Ave.**<br>**San Jose, CA 95113** |

**1**

——— continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **Daniel Joseph Shaw,**                          Case No. _____

        **Amber June McClain Shaw**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **S&P Properties, LLC**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Insco Insurance Services, Inc.**<br>**P.O. Box 19725**<br>**Irvine, CA 92623** |
| **Shaw 1993 Living Trust**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Heritage Bank of Commerce**<br>**150 Almaden Blvd.**<br>**San Jose, CA 95113** |
| **Shaw 1993 Living Trust**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Developers Surety & Indemnity Co.**<br>**c/o Carlos E. Sosa**<br>**Hausman & Sosa LLP**<br>**18757 Burbank Blvd. Suite 305**<br>**Tarzana, CA 91356** |
| **Shaw 1993 Living Trust**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Pacific Capital Bank, N.A.**<br>**c/o Bruce W. Robertson, Esq.**<br>**88 King St. Apt 115**<br>**San Francisco, CA 94107** |
| **Shaw 1993 Living Trust & Cambria Builder**<br>**c/o Daniel Shaw**<br>**15700 Winchester Blvd.**<br>**Los Gatos, CA 95030** | **Bridge Bank**<br>**Stephen J. Kottmeier**<br>**Hopkins & Carley**<br>**70 S. First Street**<br>**San Jose, CA 95113-2406** |
| **Shiew Tyan Yang**<br>**c/o Peter M. Rehon, Esq.**<br>**830 The Alameda**<br>**San Jose, CA 95126** | **705A Investors LLC**<br>**c/o Kenneth Van Vleck, Esq.**<br>**2570 W. El Camino Real, Ste. 510**<br>**Mountain View, CA 94040** |
| **Shiew Tyan Yang**<br>**c/o Peter M. Rehon, Esq.**<br>**830 The Alameda**<br>**San Jose, CA 95126** | **1115 Investors, LLC**<br>**c/o Kenneth Van Vleck, Esq.**<br>**2570 W. El Camino Real, Ste. 510**<br>**Mountain View, CA 94040** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Daniel Joseph Shaw** |
| Debtor 2 (Spouse, if filing) | **Amber June McClain Shaw** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income
**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | **Real Estate Industry** | **Executive Assistant** |
| | Employer's name | **LG Servicing, Inc.** | **Benjamin Strategic Consulting** |
| | Employer's address | **15700 Winchester Blvd. Los Gatos, CA 95030** | **21184 Michael Dr. Saratoga, CA 95070** |
| | How long employed there? | **4 years** | **3 years** |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1,375.00 | $ 1,485.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 1,375.00 | $ 1,485.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** | 4. $ 1,375.00 | $ 1,485.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 118.93 | $ 126.97 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ 118.93    $ 126.97

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ 1,256.07    $ 1,358.03

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ 1,256.07 + $ 1,358.03 = $ 2,614.10
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ 2,614.10

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Case: 15-50656   Doc# 1   Filed: 02/27/15   Entered: 02/27/15 13:36:20   Page 75 of 126

**Fill in this information to identify your case:**

Debtor 1 __Daniel Joseph Shaw__

Debtor 2 __Amber June McClain Shaw__
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                    12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☐ No

Do not list Debtor 1 and Debtor 2.    ■ Yes.  Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 14 | ☐ No  ■ Yes |
| Son | 16 | ☐ No  ■ Yes |
| Son | 18 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**
■ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ 0.00

**If not included in line 4:**

4a.  Real estate taxes     4a. $ _____ 0.00
4b.  Property, homeowner's, or renter's insurance     4b. $ _____ 0.00
4c.  Home maintenance, repair, and upkeep expenses     4c. $ _____ 0.00
4d.  Homeowner's association or condominium dues     4d. $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ 0.00

Case: 15-50656    Doc# 1    Filed: 02/27/15    Entered: 02/27/15 13:36:20    Page 76 of 126

Debtor 1 **Daniel Joseph Shaw**
Debtor 2 **Amber June McClain Shaw**                     Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ 434.70 |
| | 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 0.00 |
| | 6d. | Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ 1,175.00 |
| 8. | **Childcare and children's education costs** | | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ 50.00 |
| 10. | **Personal care products and services** | | 10. $ 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ 757.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ 168.25 |
| | 15b. | Health insurance | 15b. $ 0.00 |
| | 15c. | Vehicle insurance | 15c. $ 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. | Other. Specify: | 17c. $ 0.00 |
| | 17d. | Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as<br>deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. | Mortgages on other property | 20a. $ 0.00 |
| | 20b. | Real estate taxes | 20b. $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: | | 21. +$ 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | $ 2,684.95 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 2,614.10 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. | -$ 2,684.95 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. | $ -70.85 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:   **Note: The Debtors live in Daniel's brother's home.**
          **Transportation and cell phones are paid by Daniel's employer.**

          **Note: 6(b) water, sewer, garbage collection and 6(c) Telephone, internet, cable service are included in the**
          **6(a) electricity, heat, natural gas amount**

Case: 15-50656     Doc# 1     Filed: 02/27/15     Entered: 02/27/15 13:36:20     Page 77 of
126

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw**
       **Amber June McClain Shaw**             Case No. _____

                                Debtor(s)        Chapter     **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **68**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 27, 2015** _____      Signature    **/s/ Daniel Joseph Shaw** _____
                                                   **Daniel Joseph Shaw**
                                                   Debtor

Date   **February 27, 2015** _____      Signature    **/s/ Amber June McClain Shaw** _____
                                                   **Amber June McClain Shaw**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw**
**Amber June McClain Shaw**
                                    Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$90,000.00** | **2013 - Husband - Income from LG Servicing, Inc.** |
| **$12,350.00** | **2014 - Husband - Income from LG Servicing, Inc.** |
| **$2,750.00** | **2015 - Husband - YTD Income from LG Servicing, Inc.** |
| **$25,806.00** | **2013 - Wife - Income from Benjamin Strategic Consulting** |
| **$23,107.50** | **2014 - Wife - Income from Benjamin Strategic Consulting** |
| **$2,736.63** | **2015 - Wife - YTD Income from Benjamin Strategic Consulting** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,750.00** | **2014: Both Interest / Dividends** |
| **$34,011.00** | **2014: Both Income from Partnerships and S Corps** |
| **$10,425.00** | **2013: Both Interest / Dividends** |
| **$107,602.00** | **2013: Both Income from Partnerships and S Corps** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Heritage Bank v. Daniel J. Shaw; Amber JM Shaw; MSE Partners, LLC CISCV165397** | **Complaint for Money** | **Superior Court - Santa Cruz, California Stipulated Judgment - 3/9/10** | **Dismissed 4/08/14** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bridge Bank v. Daniel J. Shaw**<br>**110CV187417** | **Breach of Contract** | **Superior Court - Santa Clara, CA** | **Judgment - 1/5/11; Charging Order - 7/9/14; and OEX - 1/27/14** |
| **M. Micheletti, Et Al v. HSBC; Daniel J. Shaw; DCI Properties**<br>**112CV236598** | **Breach of Contract** | **Superior Court - Santa Clara, CA** | **Stipulated Judgmemt - 7/2/14** |
| **Real Equity Investment Group I, LLC v. D & D Ventures, LLC; Daniel J. Shaw**<br>**RG11554252** | **Breach of Contract/Warranty** | **Alameda County Superior Court** | **Judgment - 4/21/14** |
| **705A Investors, LLC v. S. Yang, Et Al, Daniel Shaw**<br>**110CV190665** | **Breach of Contract - Unlimited** | **Superior Court of Ca, Santa Clara** | **Pending** |
| **Developers Surety & Indemnity Co. v. Daniel J. Shaw**<br>**114CV270003** | **Breach of Contract** | **Superior Court, County of Santa Clara** | **Judgment - 8/28/14** |
| **Consolidated Cases:**<br>**1115 Investors, LLC v. S. Yang, Et Al, Daniel Shaw**<br>**1-10-CV-190668**<br>**1-11-CV-208049** | **Complaint for Money** | **Superior Court, Santa Clara County** | **Pending** |
| **Developers Surety & Indemnity Co. v. Amber Shaw**<br>**114CV269625** | **Breach of Contract** | **Superior Court, County of Santa Clara** | **Judgment: 8/19/14** |
| **Micheletti, et al. vs. Daniel Shaw et al.**<br>**109CV154522** | **Complaint for Money** | **Superior Court, County of Santa Clara** | **Judgment - 10/21/13 OEX - 8/26/14** |
| **Thomas Masters, et al vs. Daniel Shaw, et al.**<br>**Case No: 114CV274094** | **Complaint for Money** | **Superior Court**<br>**County of Santa Clara**<br>**191 N. First St.**<br>**San Jose, CA 95113** | **Complaint filed 12/5/14** |
| **California Bank & Trust v.**<br>**Case No: 109CV160027** | **Breach of Contract** | **Superior Court**<br>**County of Santa Clara**<br>**191 N. First St.**<br>**San Jose, CA 95113** | **On 7/30/14, California Bank & Trust obtained a charging and assignment order against Daniel Shaw's interest, if any, in 25 entities** |
| **Thomas E. Perez, Secretary of Labor, United States Department of Labor v.**<br>**RMRF Enterprises, Inc.; Daniel J. Shaw, et al.**<br>**Case No:** | **Employment Litigation** | **United States District Court**<br>**Northern District of California** | **Judgment** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bridge Bank**<br>**Stephen J. Kottmeier**<br>**Hopkins & Carley**<br>**70 S. First Street**<br>**San Jose, CA 95113-2406** | **7/8/14** | **Bank Levy - First Republic Bank - $313.77** |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | **10/27/14 - David & Beverly Shaw**<br>**1/22/15**<br>**2/20/15**<br>**2/23/15**<br>**2/23/15** | **$15,000 - Financial Analysis**<br>**$5,000 - Financial Analysis**<br>**$7,500 - Financial Analysis**<br>**$7,942.69 - Financial Analysis**<br>**$7,075.31 - Chapter 7 retainer and filing fee** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank** | **checking account**<br>**Account No. 52750** | **$0.00 - closed in October 2014** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 389 No. First St.<br>San Jose, CA  9d5110 | Daniel and Amber Shaw | 9/12 - present |
| 217 Mistletoe Rd.<br>Los Gatos, CA  95032 | Daniel and Amber Shaw | 2002 - 9/12 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Pomeroy Partners** | **77-037727** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **2/3/92 to present** |
| **BKR Investors LLC** | **77-0558526** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **10/23/00 to present** |
| **D&D Ventures LLC** | **77-0411154** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **9/6/95 to present** |
| **DCI Properties LLC** | **77-0420661** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **1/1/96 to present [Note: FTB suspended]** |
| **JBD Partners LLC** | **20-8404081** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **1/25/07 to present** |
| **MH Sterling Group LLC** | **77-0518909** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **7/6/99 to present** |
| **S&P Properties** | **77-0479140** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **3/18/98 to present** |
| **Werthmann Management Company LLC** | **20-3721063** | **c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030** | **Real Estate** | **11/3/05 to present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| LG Servicing, Inc. | 27-1713490 | c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030 | Loan Servicing (Debtor is Vice President but owns no equitable interest) | 12/29/09 to present |
| MV Holdings, Inc. | 59-38123859 | c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate | 8/11/05 to present |
| BDS Capital | 77-0558626 | c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate | 1/25/96 to present |
| RMRF Enterprises, Inc. | 77-0381680 | c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate | 8/9/94 to present |
| LG Escrow, Inc. | 20-3686229 | c/o Daniel Shaw 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate | 9/20/65 to present [not active] |
| 2085 Ringwood Avenue, LLC | 20-3642454 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate Investments | 5/2/2005 to 12/31/2011 |
| Cambria Builders, Inc. | 20-5655374 | 15700 Winchester Blvd. Los Gatos, CA 95030 | General Contractor | 9/25/2006 to 12/31/2010 |
| Cascade Investments, LLC | 04-3632797 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Land Speculation | 9/25/2001 to 12/31/2009 |
| Chardonnay Investments, LLC | 36-4517231 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate Investments | 11/12/2002 to 12/21/2011 |
| DESL Investors, LLC | 20-8404126 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Development of Homes | 1/25/2007 to 12/31/2009 |
| DJD Investments, LLC | 20-4915451 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Land Speculation | 5/12/2006 to 12/31/2009 |
| Koll One Associates, LLC | 77-0446544 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate Investments | 5/28/1996 to 12/31/2009 |
| Mar Sereno Estates, LLC | 77-0575213 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Land Speculation | 3/25/2001 to 12/31/2011 |
| MSE Partners, LLC | 20-8403952 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Development of Homes | 1/25/2007 to 12/31/2010 |
| ODH Partners, LLC | 74-3143156 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Land Speculation | 2/15/2005to 12/31/2010 |
| Par 3 Investments, LLC | 20-3862552 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate Investments | 9/14/2005 to 12/31/2010 |
| PASR Investments,LLC | 20-3684477 | 15700 Winchester Blvd. Los Gatos, CA 95030 | Land Speculation | 9/14/2005 to 12/31/2010 |
| W&S Investments,Inc. | 91-1010431 | P.O. Box 70385 Bellevue, WA 98007 | General Investing | 10/20/1977 to 12/31/2013 |
| BKR Shea Investors, LLC | 20-3642110 | c/o Daniel Shaw☐ 15700 Winchester Blvd. Los Gatos, CA 95030 | Real Estate Investments | 4/13/2007 - 12/31/2011 |
| Cabrillo Commons, Inc. | 20-8824951 | c/o Daniel Shaw☐ 15700 Winchester Blvd. Los Gatos, CA 95030 | Development of Homes | unknown |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **San Marcos Villas, LLC** | 20-3784329 | c/o Daniel Shaw☐ **15700 Winchester Blvd. Los Gatos, CA 95030** | **Development of Homes** | **3/16/2005 - 12/31/2010** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                         DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                 NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **February 27, 2015**                           Signature   **/s/ Daniel Joseph Shaw**

                                                                 **Daniel Joseph Shaw**
                                                                 Debtor

Date **February 27, 2015**                           Signature   **/s/ Amber June McClain Shaw**

                                                                 **Amber June McClain Shaw**
                                                                 Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Case: 15-50656    Doc# 1    Filed: 02/27/15    Entered: 02/27/15 13:36:20    Page 89 of
126

# United States Bankruptcy Court
## Northern District of California

In re **Daniel Joseph Shaw**
**Amber June McClain Shaw**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **February 27, 2015**

Signature  **/s/ Daniel Joseph Shaw**
**Daniel Joseph Shaw**
Debtor

Date  **February 27, 2015**

Signature  **/s/ Amber June McClain Shaw**
**Amber June McClain Shaw**
Joint Debtor

# United States Bankruptcy Court
## Northern District of California

In re  **Daniel Joseph Shaw**
**Amber June McClain Shaw**

Case No.

Debtor(s)

Chapter **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

    a)    For legal services rendered or to be rendered in contemplation of and in connection with this case    $    **See Below**

    b)    Prior to the filing of this statement, debtor(s) have paid    $    **See Below**

    c)    The unpaid balance due and payable is    $    **0.00**

3.    $  **335.00**  of the filing fee in this case has been paid.

4.    The Services rendered or to be rendered include the following:

    a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

    b.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    c.    Representation of the debtor(s) at the meeting of creditors.

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and  **(see below)**

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.    The undersigned has has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

9.    **On October 27, 2014, David and Beverly Shaw paid $15,000 as a retainer for the Debtors' financial analysis and, on January 22, 2015 paid $5,000 for Debtor's financial analysis. On February 20, 2015, Debtors paid $7,500 for Debtors' financial analysis. On February 23, 2015, Debtors paid $7,924.69 for financial analysis and $7,075.31 as a retainer and filing fee for this Chapter 7 case.**

Dated:  February 27, 2015

Respectfully submitted,

/s/ David B. Rao

Attorney for Debtor: **David B. Rao #103147**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700  Fax: (408) 295-1531**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw**
       **Amber June McClain Shaw**                   Case No. _____

                                            Debtor(s)        Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Daniel Joseph Shaw**
**Amber June McClain Shaw** _____     X   **/s/ Daniel Joseph Shaw**        **February 27, 2015**
Printed Name(s) of Debtor(s)                    Signature of Debtor                       Date

Case No. (if known) _____     X   **/s/ Amber June McClain Shaw**     **February 27, 2015**
                                             Signature of Joint Debtor (if any)         Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of California

In re    **Daniel Joseph Shaw**      Case No. _____

**Amber June McClain Shaw**      Chapter   **7**

Debtor(s)

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __30__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **February 27, 2015**        **/s/ David B. Rao**

Signature of Attorney
**David B. Rao #103147**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700   Fax: (408) 295-1531**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

1115 Investors, LLC
c/o Kenneth Van Vleck, Esq.
2570 W. El Camino Real, Ste. 510
Mountain View, CA 94040


29-41 South Jackson LLC
c/o Jesse W. Jack, Esq.
1550 The Alameda, #300
San Jose, CA 95126


705A Investors LLC
c/o Kenneth Van Vleck, Esq.
2570 W. El Camino Real, Ste. 510
Mountain View, CA 94040


Account Resolution
9301 Winnetka Ave., Unit B
Chatsworth, CA 91311


Account Resolution Assoc.
9301 WinnetkaAve., Ste. B
Chatsworth, CA 91311


Adanac Fire Protection
c/o Joseph W. McCarthy
Law Offices of Joseph W. McCarthy
Post Office Box 58032
Santa Clara, CA 95050


Alaine Patti-Jelsvik
Persolve, LLC
9301 Winnetka Ave. Suite B
Chatsworth, CA 91311


Alan P. Liebthal
104 Loma Alta Avenue
Los Gatos, CA 95030

Albert Shaw
300 Hermit St., #6
Juneau, AK 99801


Alex Moraru and Lilliana Moraru
234 Brooktree Ranch Road
Aptos, CA 95003


AMC Glass Company, Inc.
c/o Glassburg, Pollack & Associates
425 California St. Suite 850
San Francisco, CA 94104


Amerassist AR Solutions
445 Hutchinson Ave., Suite 500
Columbus, OH 43235


American Contractors Indemnity Company
c/o Hausman & Sosa, LLP
Carlos E. Sosa
18757 Burbank Blvd., Suite 305
Tarzana, CA 91356


Anthony J. Richmond
595 Rosita Ave.
Los Altos, CA 94024


Assessment Collection Group
1451 River Park Drive, Suite 125
Sacramento, CA 95815


Asset Acceptance Corporation
PO Box 1630
Warren, MI 48090-1630

Asset Management Professionals LLC
PO BOX 2824
Woodstock, GA 30188


Bank of America
P.O. Box 982235
El Paso, TX 79998


Bank of America
1800 Tapo Canyon Rd.
Simi Valley, CA 93063


Barbara Richmond IRA #033325
1739 Fabian Drive
San Jose, CA 95124


Barbara Simmons IRA #057245
4943 Fairview Lane
Skokie, IL 60077


Bella Vista Capital, Inc.
15700 Winchester Blvd.
Los Gatos, CA 95030


Bennett M. Shaw Irrevocable Trust
1244 Randol Avenue
San Jose, CA 95126


Beth Elderd IRA 088481
8 Companion Way
Weaverville, NC 28787

Bob Hoffman and Lisa Hoffman, Trustees
2227 Holyoak Drive
Boulder, CO 80305


Bracklein CRT
1039 East El Camino Real, Apt. 212
Sunnyvale, CA 94087


Bracklein Living Trust
1039 E. El Camino Real, Apt. 212
Sunnyvale, CA 94087


Brent & Tanya Bunger
459 Monterey Ave. #100
Los Gatos, CA 95030-5302


Bret Alan Corsiglia
245-M Mt. Herman Road #340
Scotts Valley, CA 95066


Brian D. McNay Living Trust
514 San Benito Ave.
Los Gatos, CA 95030


Bridge Bank
Stephen J. Kottmeier
Hopkins & Carley
70 S. First Street
San Jose, CA 95113-2406


Bridge Bank
55 Almaden Blvd.
San Jose, CA 95113

Built in Systems
c/o Professional Recovery Systems
20 Great Oaks Blvd. Suite 240
San Jose, CA 95119


C. Peter Dollinger, IRA #016335
1493 Country Club Drive
Los Altos, CA 94024


Cach, LLC
Chris D. Mandarich
Mandarich Law Group, LLC
6301 Owensmouth Ave. Suite 850
Woodland Hills, CA 91367


California Bank & Trust
c/o Troutman Sanders, LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614


California Franchise Tax Board
Bankruptcy Unit
P. O. Box 2952
Sacramento, CA 95812


Capital Management Services, LP
698 1/2 South Ogden St.
Buffalo, NY 14206-2317


Carl Smith, Trustee
764 Pelleas Lane
San Jose, CA 95127


Carla Lindorff, Trustee
PO Box 654
Los Gatos, CA 95033

Carol Jean Gray, Trustee
26265 39th Place South
Kent, WA 98032


Charles Grosjean & Wilma Lee
14501 Clearview Drive
Los Gatos, CA 95032


Charles Liamos and Karen Liamos
2444 Via de los Milagros
Pleasanton, CA 94566


Christina McNay Living Trust
16131 Azalea Way
Los Gatos, CA 95032


CMA Drywall, Inc.
c/o Kristen Green
983 Univeristy Ave. Ste 104C
Los Gatos, CA 95032


CMA Drywall, Inc.
c/o Leslie Holmes
Holmes & Usoz LLP
333 W. Santa Clara St., Suite 805
San Jose, CA 95113-1713


CollectCorp
455 North 3rd Street, Suite 260
Phoenix, AZ 85004


Contech Construction Products, et al
c/o Steven Booska
Steven A. Booska Law Offices
PO BOX 194650
San Francisco, CA 94119

Contractors State License Board
PO BOX 269116
Sacramento, CA 95826


Creditors Financial Group
P.O. Box 440290
Aurora, CO 80044-0290


Creditors Financial Group, LLC
PO BOX 440290
Aurora, CO 80044


Cynthia Rotwein
105 Charles Hill Court
Santa Cruz, CA 95065


D&D Ventures, Inc.
c/o Daniel Shaw
15700 Winchester Blvd.
Los Gatos, CA 95030


Daniel Dierken IRA #406983
11657 Alps Way
Escondido, CA 92026


Danielsen Trust
6742 Paseo San Leon
Pleasanton, CA 94566


David Duong
c/o Stephen R. Oliver, Esq.
2176 The Alameda
San Jose, CA 95126

David Fullagar Trust
22880 Old Santa Cruz Hwy.
Los Gatos, CA 95033


David Hauser
c/o Steven W. Dollar
Ericksen Arbuthnot, Attorneys at Law
152 N. Third St.,Ste. 700
San Jose, CA 95112


David J. Oroshnik
2816 Kring Drive
San Jose, CA 95125


David P. Liniak
1628 H. Street
Napa, CA 94559


David T. Hara, Trustee
2945 Pineborough Court
Reno, NV 89509


Della Maggiore Tile, Inc
c/o Robert Pasquinelli
Pasquinelli & Pasquinelli
841 Malone Road
San Jose, CA 95125-2840


Developers Surety & Indemnity Co.
c/o Carlos E. Sosa
Hausman & Sosa LLP
18757 Burbank Blvd. Suite 305
Tarzana, CA 91356


Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850-5316

Eggers Administrative Trust
c/o Michael Eggers
3800 Blackhawk Rd., Ste. 140
Danville, CA 94506


Emil F. Lojacono IRA #051129
5220 Blackhawk Drive
Danville, CA 94506


Estate of Carolyn G. Lehman
14619 58th Place West
Edmonds, WA 98026


Extreme Air, Inc.
c/o Sweeney, Mason, Wilson & Bosomworth
983 Univeristy Ave. Ste 104C
Los Gatos, CA 95032-7637


Ferguson Enterprises, Inc.
c/o George Sykulski
16027 Venture Blvd., Suite 503
Encino, CA 91436


Financial Recovery Services, Inc.
PO BOX 385908
Minneapolis, MN 55438


First Source Advantage LLC
PO BOX 628
Buffalo, NY 14240


Frank Electric Partners
3800 Blackhawk Rd., Ste. 140
Danville, CA 94506

Gene R. Baker
1924 Montemar Way
San Jose, CA 95125


Gene R. Baker, IRA #33222
1924 Montemar Way
San Jose, CA 95125


George E. Hansell, IRA
8145 Park Villa Circle
Cupertino, CA 95014


George Korsh
618 Emerald Hill Rd.
Redwood City, CA 94061


Gerald H. Shaw
PO Box 70385
Bellevue, WA 98007


Gerald H. Shaw
c/o LG Servicing
15700 Winchester Blvd.
Los Gatos, CA 95030


Gloria Jonas
12918 S.E. 5th Place
Bellevue, WA 98005


Gordon Family Trust
c/o Harry I. Price, Esq.
40 Main St.
Los Altos, CA 94022

```
Guy Anthony, IRA #AN091
2920 Hillside Dr.
Burlingame, CA 94010


HCC Surety
601 S. Figueroa St., Ste. 1600
Los Angeles, CA 90017


HCC Surety Group
601 S. Figueroa St., Suite 1600
Los Angeles, CA 90017-5721


Heritage Bank of Commerce
150 Almaden Blvd.
San Jose, CA 95113


Heritage Bank of Commerce
18625 Sutter Blvd .
Morgan Hill, CA 95037


Insco Insurance Services, Inc.
P.O. Box 19725
Irvine, CA 92623


Integrity Financial Partners, Inc.
P.O. Box 11530
Overland Park, KS 66207-4230


Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346
```

James K. Rowe IRA #16144
814 Bremerton Drive
Sunnyvale, CA 94087


Janine Lariviere
190 Coffey Street
Brooklyn, NY 11231


Jeffrey J. Garcia, Trustee
c/o Jason Baker
6255 Lusk Blvd., #140
San Diego, CA 92121


Jeffrey L. Garcia, Trustee
PO Box 8977
Rancho Santa Fe, CA 92067


Jeffrey S. Bohlin, Trustee
1235 Audrey Avenue
Campbell, CA 95008


John Kinsel
773 Lakemead Way
Emerald Hills, CA 94062


John M. Pereira, Trustee
10533 Olive Drive
San Jose, CA 95127


John W. Wedgwood
1884 The Alameda
San Jose, CA 95126

Jon Walser Construction, Inc.
400 Discovery Bay Blvd.
Discovery Bay, CA 94505


Jose M. & Azita E. Costa
c/o Roger F. Liu
Miller Morton Cillart, Et al.
25 Metro Drive, 7th Floor
San Jose, CA 95110


Kareen Messerschmidt
1218 SE 121st Avenue
Vancouver, WA 98683


Karla A. Hauser, IRA #103998
3200 Ardilla Rd.
Atascadero, CA 93422


Kathleen & Jerry Kelly
2677 Sumac Lane
Leavenworth, WA 98826


Keith Henderson
312 Cheyenne Drive
Berthoud, CO 80513


Kelly Properties, LLC
P.O. Box 70385
Bellevue, WA 98007


Kelly Web
1905 Overland Drive
Johnstown, CO 80534

Kenneth Ray dba TKR Custom Homes
c/o Steven R. Hubert, Attorney at Law
3880 S. Bascom Ave. Suite 106
San Jose, CA 95124


Kenneth Ray dba TKR Custom Homes
c/o Hopkins & Carley
70 S. First Street
San Jose, CA 95113


Kent Hillhouse IRA 130013
PO Box 654
Los Gatos, CA 95033


Kieran K. Shaw Irrevocable Trust
1244 Randol Avenue
San Jose, CA 95126


Kimarie and Michael Manfre Trust
370 Browns Valley Rd.
Corralitos, CA 95076


Larry D. & Janet M. Russell, Trustee of
the Larry & Janet Russell 1978 Living
c/o Thomas R. Cave, Groom & Cave
1570 The Alameda #100
San Jose, CA 95126


Larry L. Peden IRA #06190
431 El Camino Real #1419
Santa Clara, CA 95050


Larry Russel, Trustee
24740 Miller Hiu Road
Los Gatos, CA 95033

Lea & Braze
2495 Industrial Parkway West
Hayward, CA 94545


Lenora (Eggers) Lima
2097 Hillside Circle
San Leandro, CA 94577


Leona C. Connell (Estate)
PO Box 583
McCall, ID 83638


LG Servicing, Inc.
15700 Winchester Blvd.
Los Gatos, CA 95030


Lore H. Coufal, Trustee
6338 Paso Los Cerritos
San Jose, CA 95120


Lori A. Neumann, IRA #016173
2712 Katrina Way
Mountain View, CA 94043


Lura Francis IRA #169957
2019 San Gabriel Way
Stockton, CA 95209


Lynley O'Donnell Trustee
PO Box 285
Naselle, WA 98638

Margo Hazell 1998 CRT #1
PO Box 895
Weatherford, TX 76086

Mark & Susan Micheletti
c/o Breck E Milde
Terra Law LLP
177 Park Ave.
San Jose, CA 95113

Mark and Eileen Goldman, Trustee
514 Clearview Drive
Los Gatos, CA 95032

Mark and Susan Micheletti, Trustees
Micheletti Family Trust
c/o Breck E Milde, Terra Law LLP
177 Park Ave.
San Jose, CA 95113

Mark Reynolds
PO Box 1560
Stanwood, WA 98292

Marvin Francine
1469 Luning Drive
San Jose, CA 95118

Mary Hacker, Trustee
1141 Covington Rd.
Los Altos, CA 94024

Mary Wolf, Trustee
109 Cardinal Lane
Los Gatos, CA 95032

Meg Ann Shaw, Trustee
7488 Monaco Place NW
Bremerton, WA 98312


Melissa L. Ford
471 Heritage Lane
Johnstown, CO 80534


Michael E. Dunn
3111 Fallon Drive
Hollister, CA 95023


Michael T. Parsons, Trustee
49 Ashler Avenue
Los Gatos, CA 95030


Midland Credit Management
8875 Aero Drive, Suite 200
San Diego, CA 92123


Midland Funding
8875 Aero Dr., Ste. 200
San Diego, CA 92123


Midland Funding LLC
c/o Karen Etsell
Midland Funding LLC
10601-G Tierrasanta Blvd. #4540
San Diego, CA 92124


Moles 1997 Unitrust
P.O. Box 943
Aptos, CA 95001

Monument Construction Inc., dba
Techcon Landscape Construction
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110


Monument Construction, Inc.
dba Techcon Landscape Construction
16200 Vineyard Blvd, Suite 100
Morgan Hill, CA 95037


Morgan Bonanno Development, Inc.
c/o Hal Reiland
6140 Stoneridge Mall Rd. Suite 350
Pleasanton, CA 94500


Morgan Bonanno Development, Inc.
PO BOX 1476
134 South Jackson Way
Alamo, CA 94507


Morgan Hill Garage Door Co.
c/o Timothy J. Leahy, Attorney at Law
6700 Pinecrest Dr. Ste. 150
Plano, TX 75204


Morton Septic Service, Inc.
PO BOX 1682
Morgan Hill, CA 95038


Myers Revocable Trust (Estate)
3743 Windbluff Drive
Charlotte, NC 28277


National Credit Adjusters
PO BOX 3023-327 W. 4th St.
Hutchinson, KS 67504

National Credit Adjustors
c/o Nelson & Kinnard
P.O. Box 13807
Sacramento, CA 95853


Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067


Nationwide Credit Inc.
4700 Vestal Parkway East
Vestal, NY 13850


NMICT Investments, LLC
P.O. Box 1826
Columbus, MS 39783


Nordstrom Bank
P.O. Box 79134
Phoenix, AZ 85062-9134


Nordstrom FSB
P.O. Box 13589
Scottsdale, AZ 85267


Offenberg Family LP
PO Box 3195
Monterey, CA 93942


Pacific Capital Bank, N.A.
c/o Bruce W. Robertson, Esq.
88 King St. Apt 115
San Francisco, CA 94107

Pacific Lamp & Supply Co. PSP
P.O. Box 70385
Bellevue, WA 98007


Papas 2002 Revocable Trust
1650 Bay Laurel
Menlo Park, CA 94025


Paul A. Werthmann IRA 082830
1196 Delynn Way
San Jose, CA 95125


Paul K. DiFraia
3743 Windbluff Drive
Charlotte, NC 28277


Peden CRT
431 El Camino Real #1419
Santa Clara, CA 95050


Pension Investment Group LLC
15700 Winchester Blvd.
Los Gatos, CA 95030


Persolve LLC
dba Account Resolution Associates
9301 Winnetka Ave. Ste B
Chatsworth, CA 91311


Peter Cannell
402 Sam Snead Drive
Mebane, NC 27302

Phillip A. McClain IRA #045934
13505 Spring Valley Rd.
Morgan Hill, CA 95037


Phillip S. Hahn
8800 Portico Lane
Longmont, CO 80503


Pine Cone Lumber Co, Inc.
895 E. Evelyn Avenue
PO BOX 61207
Sunnyvale, CA 94088


Pine Mountain Lake Association
1451 River Park Dr. Ste. 125
Sacramento, CA 95818


R. Fred and JoAnn Pfost
1090 Eastwood Ct.
Los Altos, CA 94024


Radiological Assoc. Medical Group-R
c/o Rash Curtis & Associates
190 S. Orchard Ave., Ste. A205
Vacaville, CA 95688


Real Equity Investment Group
c/o Kenneth Van Vleck, Esq.
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040


Real Equity Investment Group
c/o William Wasko Esq.
1 Kaiser Plaza, Ste. 750
Oakland, CA 94612

Redwood Geotechnical Engineering Inc.
7450 Railroad St.
Gilroy, CA 95020


Reid 2004 Revocable Trust
16780 Lark Avenue
Los Gatos, CA 95032


Rhonda Richards IRA #073513
807 Pescadero Dr.
San Jose, CA 95123


Richard A. Darlow
6527 Royal Crest Dr.
Dallas, TX 75230


Richard Karpen, IRA #062783
2287 Port Stanley Road
Lopez Island, WA 98261


Richard N. Hardy, IRA #096180
835 Pheland Ct.
Milpitas, CA 95035


Richard W. Alexander
PO Box 70385
Bellevue, WA 98007


RMRF Enterprises, Inc.
c/o Daniel Shaw
15700 Winchester Blvd.
Los Gatos, CA 95030

RMRF Enterprises, Inc.& BDS Capital, Inc
c/o Daniel Shaw
15700 Winchester Blvd.
Los Gatos, CA 95030


Robert DuFresne, IRA #081930
7137 Roxburghe Place S.W.
Port Orchard, WA 98367


Robert E. Slavik
855 Trenton Drive
Sunnyvale, CA 94087


Robert Half International
c/o Law Offices of Brian J. Ferber, Inc.
5611 Fallbrook Ave.
Woodland Hills, CA 91367


Robert J. Krakauer
c/o Patricia Lyon
French & Lyon
One Sansome St. Suite 750
San Francisco, CA 94104


Robert Joseph Krakauer, as Trustee of
1996 Krakauer Family Trust
4142 W. 50th Place
Phoenix, AZ 85018


Robert Sandler
9675 W. Canyon Terrace #3
San Diego, CA 92123


Roberta Egner IRA #E6014
13537 North Heritage Gateway Ave.
Marana, AZ 85653

Robinson & Moretti, Inc.
c/o Kevin P. Cody
Ropers Majeski Kohn & Bently
50 W. San Fernando Suite 1400
San Jose, CA 95113


Ron Gregg
7045 Elmsdale Drive
San Jose, CA 95120


Ronald D. Shaw Irrevocable Trust
1244 Randol Avenue
San Jose, CA 95126


Ronald L. Murphy, Trustee
441 Juanita Way
Los Altos, CA 94022


Ronald Winterlin
1870 Bahai Street
San Mateo, CA 94403


Rosemarie Jorgensen
19424 De Havilland Drive
Saratoga, CA 95070


Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 95126-1493


S&P Properties, LLC
c/o Daniel Shaw
15700 Winchester Blvd.
Los Gatos, CA 95030

Samantha Meckenstock
1357 Shelby Creek Drive
San Jose, CA 95120


Sanchez Custom Steel
c/o Tucker Albin & Associates
1702 North Collins Blvd. Suite 204
Richardson, TX 75080


Santa Clara County
Tax Collector
70 West Hedding
East Wing, 6th Floor
San Jose, CA 95110


Shannon Cook
7525 2nd Ave., North East
Seattle, WA 98115


Sharon L. Pereira
10533 Olive Drive
San Jose, CA 95127


Shaw 1993 Living Trust
c/o Daniel Shaw
15700 Winchester Blvd.
Los Gatos, CA 95030


Shaw 1993 Living Trust & Cambria Builder
c/o Daniel Shaw
15700 Winchester Blvd.
Los Gatos, CA 95030


Sheryl Mondt
c/o Frank R. Ubhaus
Berliner Cohen
10 Almaden Blvd. Suite 1100
San Jose, CA 95113

Shiew Tyan Yang
c/o Peter M. Rehon, Esq.
830 The Alameda
San Jose, CA 95126


Stagers, LLC
607 Old County Rd.
San Carlos, CA 94070


State of California
Department of Transportation
Ronald W. Beals, Chief Counsel
1120 North Street
Sacramento, CA 95812


Sterling Savings Bank
Witherspoon-Kelley Attorneys
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300


Stevens Living Trust Dated 2/23/95
7155 S. Makena Road
Kihei, HI 96753


Sturiza & Aiken CRT, Richard M
13520 Skyline Blvd.
Redwood City, CA 94062


Susan S. Slavik IRA #057390
21426 Amulet Drive
Cupertino, CA 95014


Suzanne Lloyd Mack
4381 Vanderbilt Drive
San Jose, CA 95130

SW Allen Contruction
c/o Murphy Austin Adams Schoenfeld, LLP
304 "S" Street
PO BOX 1319
Sacramento, CA 95812


Tamara Kristine Mack
135 Riviera Drive #341
Los Gatos, CA 95032


Techcon Landscape Construction
c/o Attorney Recovery Systems, Inc.
Law Office of Joseph P. Graziano
18757 Burbank Blvd Ste 300
Tarzana, CA 91356


The Carpet Outlet
c/o Brian Kandel, Esq.
Book & Book, LLP
1414 Soquel Ave. #203
Santa Cruz, CA 95062


The INSCO/DICO Group
17771 Cowan, Suite 100
Irvine, CA 92614


Thomas P. Masters
c/o Frank R. Ubhaus
Berliner Cohen
10 Almaden Blvd. Suite 1100
San Jose, CA 95113


Thorpe Design, Inc.
PO BOX 1149
410 Beatrice Ct. Suite A
Brentwood, CA 95826


Todd Smith
4229 Chaboya Ct.
San Jose, CA 95148

Tom Meckenstock
1357 Shelby Creek Ct.
San Jose, CA 95120


Tommyhawk Carpet dba The Carpet Outlet
c/o Brian Kandel, Esq.
Book & Book, LLP
1414 Soquel Ave. #203
Santa Cruz, CA 95062


Trevor J. Lloyd Special Needs Trust
4381 Vanderbilt Drive
San Jose, CA 95130


Umpqua Bank
One S.W. Columbia St. Suite 140
Portland, OR 97258


University Electric Co, Inc.
c/o William M. Kirkpatrick
Law Office of William M. Kirkpatrick
28 N. First Street Suite 100
San Jose, CA 95113


Ursula Jones
27207 Pond Drive
Hilliard, FL 32046


US Bank
P.O. Box 108
Saint Louis, MO 63166-9801


US Bank
425 Walnut St.
Cincinnati, OH 45202

US Bank
PO BOX 790117
Saint Louis, MO 63179


US Bank
P.O. Box 1800
Saint Paul, MN 55101


Veriprise Processing Solutions, LLC
750 Hwy 121 BYP Ste. 100
Lewisville, TX 75067


W. Mark Lortz, Trustee
3724 Nicole Avenue
Pleasanton, CA 94588


Wayne D. Cochran Construction, Inc.
19045 Portola Dr. Suite A
Salinas, CA 93908


Wells Fargo
c/o Nationwide
800 Walnut St.
Des Moines, IA 50309


Werthmann Family Partnership, LP
15700 Winchester Blvd.
Los Gatos, CA 95030


WFFNB/Nationwide
CSCL DSP TMMAC N8235-04MP
P.O. Box 14517
Des Moines, IA 50306

William Offenberg
PO Box 3195
Monterey, CA 93942


Wm. Thomas Lewis, Esq.
Robertson & Lewis
10 Almaden Blvd., Suite 500
San Jose, CA 95113