HEINZ BINDER, #87908
DAVID B. RAO, #103147
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: david@bindermalter.com

Attorneys for Daniel Joseph Shaw and
Amber June McClain Shaw, Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>DANIEL JOSEPH SHAW and<br>AMBER JUNE McCLAIN SHAW,<br><br>Debtors. | Case No: 15-50656-SLJ<br><br>Chapter 7<br><br>R.S. No. LSR-962<br><br>Hearing:<br>Date: June 30, 2015<br>Time: 10:00 a.m.<br>Place: Room 3099 |

### STATEMENT OF NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Debtors, Daniel J. Shaw and Amber J. Shaw, do not oppose and herewith file their statement of non-opposition to that certain Motion filed by Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Investors Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR5 for an order for relief from the automatic stay.

Dated: June 29, 2015          BINDER & MALTER, LLP

                                              By: /s/ David B. Rao
                                                 David B. Rao, Attorneys for Debtors,
                                                 Daniel J. Shaw and Amber J. Shaw

Shaw/plead/HSBC/StateNon-Opp