# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-50656 SLJ
**Case Name:** SHAW, DANIEL JOSEPH
SHAW, AMBER MCCLAIN
**Period Ending:** 06/29/15

**Trustee:** (001090) Fred S. Hjelmeset
**Filed (f) or Converted (c):** 02/27/15 (f)
**§341(a) Meeting Date:** 03/31/15
**Claims Bar Date:** 08/13/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash on hand | 1,964.00 | 0.00 | | 0.00 | FA |
| 2 | First Republic Bank Checking | 49.86 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 1,670.00 | 0.00 | | 0.00 | FA |
| 4 | wearing apparel | 1,385.00 | 0.00 | | 0.00 | FA |
| 5 | jewelry | 2,125.00 | 0.00 | | 0.00 | FA |
| 6 | Term life insurance with Manulife, First Penn, a | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Term life insurance with Empire General Life Ins | 0.00 | 0.00 | | 0.00 | FA |
| 8 | RMRF Enterprises, Inc. 401K Plan | 373,615.21 | 0.00 | | 0.00 | FA |
| 9 | RMRF Enterprises, Inc. 401K Plan | 126,459.61 | 0.00 | | 0.00 | FA |
| 10 | MV Holdings, Inc. 100% interest held by the Shaw | 0.00 | 0.00 | | 0.00 | FA |
| 11 | BDS Capital, Inc. 100% interest held by the Shaw | 0.00 | 0.00 | | 0.00 | FA |
| 12 | RMRF Enterprises Inc. dba: Cupertino Capital 34. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Pomeroy Partners 33.33% interest held by the Sha | 0.00 | 0.00 | | 0.00 | FA |
| 14 | BKR Investors LLC 40% interest held by the Shaw | 0.00 | 0.00 | | 0.00 | FA |
| 15 | D&D Ventures LLC 80% interest held by the Shaw 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | DCI Properties LLC 100% interest held by the Sha | 0.00 | 0.00 | | 0.00 | FA |
| 17 | JBD Partners LLC 33.33% interest held by the Sha | 0.00 | 0.00 | | 0.00 | FA |
| 18 | MH Sterling Group LLC 33.33% interest held by th | 0.00 | 0.00 | | 0.00 | FA |
| 19 | S&P Properties LLC 50% interest held by the Shaw | 0.00 | 0.00 | | 0.00 | FA |

Printed: 06/29/2015 07:17 PM    V.13.23

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-50656 SLJ | Trustee: | (001090) Fred S. Hjelmeset |
| Case Name: | SHAW, DANIEL JOSEPH | Filed (f) or Converted (c): | 02/27/15 (f) |
| | SHAW, AMBER MCCLAIN | §341(a) Meeting Date: | 03/31/15 |
| Period Ending: | 06/29/15 | Claims Bar Date: | 08/13/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Werthmann Management Company LLC 60% interest he | 94.00 | 0.00 | | 0.00 | FA |
| 21 | LG Escrow, Inc. [not active] | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2085 Ringwood Avenue LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Cambria Builders, Inc. [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Cascade Investments, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Chardonnay Investments, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 26 | DESL Investos, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 27 | DID Investments, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Koll One Associates, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Mar Sereno Estates, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 30 | MSE Partners, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 31 | ODH Partners, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Par 3 Investments, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 33 | PASR Investments, LLC [closed] | 0.00 | 0.00 | | 0.00 | FA |
| 34 | W&S Investments, Inc. [closed] [NOTE: The Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Note Receivable owed by BDS Capital, Inc. - $189 | 0.00 | 0.00 | | 0.00 | FA |
| 36 | 2014 Federal tax refund | 529.00 | 0.00 | | 0.00 | FA |
| 37 | 2014 CA State tax refund (estimated) | 500.00 | 0.00 | | 0.00 | FA |
| 37 | **Assets** **Totals** (Excluding unknown values) | **$508,391.68** | **$0.00** | | **$0.00** | **$0.00** |

Case: 15-50656   Doc# 35   Filed: 06/29/15   Entered: 06/29/15 19:20:19   Page 2 of 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-50656 SLJ | **Trustee:** (001090) Fred S. Hjelmeset |
| **Case Name:** SHAW, DANIEL JOSEPH | **Filed (f) or Converted (c):** 02/27/15 (f) |
| SHAW, AMBER MCCLAIN | **§341(a) Meeting Date:** 03/31/15 |
| **Period Ending:** 06/29/15 | **Claims Bar Date:** 08/13/15 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

06/29/15 Close case as no asset
05/15/15 Explore possible sale of assets as is, where is
03/04/15 Investigare assets, interests in entities, liens and charging orders

05/15/15 NDR withdrawn
04/17/15 Call with ME re debt; call to P
04/14/15 NDR filed
03/04/15 Email to DA requesting docs re entities

**Initial Projected Date Of Final Report (TFR):** May 15, 2017     **Current Projected Date Of Final Report (TFR):** May 15, 2017