Entered on Docket
July 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| 1 | Prober & Raphael, A Law Corporation |
| | Dean R. Prober, Esq., #106207 |
| 2 | Lee S. Raphael, Esq. #180030 |
| 3 | Cassandra J. Richey, Esq. #155721 |
| | Melissa A. Vermillion, Esq. #241354 |
| 4 | Joseph Garibyan, Esq. #271833 |
| | Bonni S. Mantovani, Esq. #106353 |
| 5 | Anna Landa, Esq. #276607 |
| | Halie L. Leonard, Esq. #265111 |
| 6 | Samyel Geshgian, Esq. #300470 |

The following constitutes
the order of the court. Signed July 16, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
Attorneys for Movant
Nationstar Mortgage LL as servicer for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Investors Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR5
N.102-1619.NF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | ) Bk. No. 15-50656 |
| | ) |
| DANIEL JOSEPH SHAW AKA | ) CHAPTER 7 |
| DANIEL J. SHAW AND | ) |
| AMBER JUNE MCCLAIN SHAW AKA | ) R.S. No. LSR – 962 |
| AMBER JUNE MCCLAIN, | ) |
| | ) ORDER FOR RELIEF FROM |
| Debtors. | ) <u>AUTOMATIC STAY</u> |
| | ) |
| | ) Hearing- |
| | ) Date : June 30, 2015 |
| | ) Time : 10:00 A.M. |
| | ) Place : U.S. Bankruptcy Court |
| | )  280 South First Street |
| | )  San Jose, California |
| | )  Courtroom 3099 |

     The Motion for Relief from Automatic Stay of Nationstar Mortgage LL as servicer for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Investors Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR5, its assignees and/or successors in

-1-

interest, came on for hearing on June 30, 2015 at 10:00 A.M., before the Honorable Stephen L. Johnson. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to Nationstar Mortgage LL as servicer for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Investors Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR5, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **121 El Porton, Los Gatos, California 95032,** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate, except by filing a Proof of Claim pursuant to 11 U.S.C. §501.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, Nationstar Mortgage LL as servicer for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Investors Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR5 is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. Nationstar Mortgage LL as servicer for HSBC Bank USA, National Association, as Trustee for

Merrill Lynch Investors Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR5 is further permitted to send information regarding these loss mitigation options directly to the debtor.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

COURT SERVICE LIST

**ALL PARTIES SERVED VIA ELECTRONIC NOTICE.**