MAR 8 – 2016

ORIGINAL

FILED
MAR 0 8 2016
United States Bankruptcy Court
San Jose, California

1122 Sherwood Ave.
San Jose, CA 95126
6 March 2016

Judge Steven L. Johnson
United States Bankruptcy Court
280 South First Street
San Jose, CA 95113-3099

Re: Case No. 15-50656-SLJ
    Dan Shaw

Dear Judge Johnson:

It has been suggested that we write the court to make it aware of our failed Deeds of Trust with Dan Shaw (Cupertino Capital). These Deeds of Trust/investors are outside of those 5 investors that were selected for the case.

We have included a summary sheet, cover sheet for each Deed of Trust (DOT), and the first page of the DOT filing for each of the nine DOTs that remain unresolved. To the best of our knowledge, only one or two of the DOTs (Loan No. 1498, San Marcos Villas LLC and Loan No. 1482, Philip Paul Weaver) have delivered small principal payments in recent years. Interest payments in recent years have been nonexistent.

My wife and I are retired except of the occasional part time job, and the loss of the income stream associated with the nine DOTs has seriously affected our life.

Sincerely,

Larry L. Peden Trustee
Judith L. Peden Trustee

Encl:

| Loan # | Name | Principal | | Location | Notes |
|---|---|---|---|---|---|
| | | | | | |
| CRT 9016 | | | | | |
| 1217 | ODH Partners LLC | $ | 25,000 | | |
| 1381 | Broad Acres | $ | 49,927 | Trailer Park - Modesto | |
| 1482 | Philip Paul Weaver | $ | 40,000 | | |
| 1498 | San Marcos Villas, LLC | $ | 75,000 | Morgan Hill | |
| | Total | $ | 189,927 | | |
| | | | | | |
| FT 9117 | | | | | |
| 1281 | David Chan | $ | 150,000 | 75 Sugarhill Dr, Hillsborough | foreclosed |
| 1291 | Red Horizon Investors LLC | $ | 150,000 | Gibson Girl Way, San Jose | foreclosed |
| 1414 | United Heritage Industires | $ | 100,000 | Richmond | |
| | Total | $ | 400,000 | | |
| | | | | | |
| IRA 9009 | | | | | |
| 810 | BKR Investors, LLC | $ | 40,000 | | |
| 1181 | BKR Investors, LLC | $ | 11,800 | | |
| | Total | $ | 51,800 | | |
| | | | | | |
| | Three-Account Total | $ | 641,727 | | |
| | | | | | |
| CRT - Peden Charitable Remainder Trust | | | | | |
| FT - Peden Family Trust | | | | | |
| IRA - LLP Independent Retirement Account | | | | | |

llp 3/6/2016

| Peden - Portfolio | | | | | | | | Updated - October 2013 |
|---|---|---|---|---|---|---|---|---|
| Loan # | Investment Peden CRT 9016 | Investment Peden IRA 9009 | Investment Peden Trust 9117 | Total Investment | Status | Borrower | Maturity | Comments / Status / Projection |
| 810 | | 40,000 | | 40,000 | Accruing | BKR Investors, LLC | Matured | |
| 1181 | | 11,800 | | 900,000 | Accruing | BKR Investors, LLC | Matured | |
| 1217 | 25,000 | | | 925,000 | REO | 1217 Investors, LLC | | 60 acres of dirt in Oroville. Value is less than loan. Longer term project to get this property subdivided and/or sold. |
| 1281 | | | 150,000 | 1,428,332 | REO | 1281 Investors, LLC | | Working on approvals on spec house on this property. |
| 1291 | | | 150,000 | 1,600,000 | REO | 1291 Investors, LLC | | Project has active application for development of five lots. There is upcoming Meeting/Webinar/Call to update investors on this property. |
| 1381 | 49,927 | | | 599,129 | REO | 1381 Investors, LLC | | Recently took ownership and refinanced this Mobile Home Park. Working to get the cash flow increased and then refinance or sell the asset. |
| 1414 | | | 100,000 | 960,200 | REO | 1414 Investors, LLC | | This asset is listed for sale. Recently sold different property in Richmond. Got less than 20% return. Expect the same result with this asset. |
| 1482 | 40,000 | | | 300,000 | Defaulted | Philip Weaver | Matured | Recently out of BK. Borrower is sending occasional payments. I am putting funds in trust account to pay delinquent taxes. |
| 1498 | 75,000 | | | 3,450,867 | Accruing | San Marcos Villas Two, LLC | 07/01/15 | 23 unit project in Morgan Hill that is currently under construction. Project will get completed and principal and some return will be realized. |
| | | | | | | | | |
| TOTALS | 189,927 | 51,800 | 400,000 | | | | | |

Reclass CRT



# Trust Deed Investment

*Loan #:*    1217

## NOTE INFORMATION:

| | |
|---|---|
| *Investment* | $900,000.00 |
| *Note Rate* | 11.00% |
| *Term (months)* | 36 |
| *Interest only Payment* | $8,250.00 |

## YOUR INVESTMENT:

| | |
|---|---|
| *Your Investment* | $25,000.00 |
| *Your Yield* | 10.50% |
| *Your Monthly Interest* | $218.75 |

## PROPERTY INFORMATION:

| | |
|---|---|
| *Market Value Estimate* | $1,550,000.00 |
| *Balance 1st Loan* | $900,000.00 |
| *Balance 2nd Loan* | |
| *Balance 3rd Loan* | |
| *Equity* | $650,000.00 |

| | |
|---|---|
| Loan Position | **FIRST** |
| LTV 1st Loan | 58.06% |
| LTV 2nd Loan | |
| LTV 3rd Loan | |

| | |
|---|---|
| *Address* | Oro Dam Road & Grand Avenue |
| *City* | Oroville |
| *Approximate Size* | 84 acres of vacant land |
| *Description* | General Plan is for residential subdivision. |
| *Comments* | Borrower has acquired three separate parcels of land that will be merged and developed into a residential subdivsion.  Principal has been negotiating and working on assembling parcels.  Total number of lots will be about 300. |
| | They are attempting to acquire adjacent parcels to increase size. Principal is a past borrower of Cupertino Capital. |
| | Principals of the deal have personally guaranteed performance on the loan. |

Cupertino Capital cannot legally guarantee the above loan.  Every effort is made to investigate, verify and ensure the accuracy of the information presented.  Cupertino Capital is a licensed California Real Estate Broker (license #01218445).  Department of Real Estate "license information" telephone number is (916) 227-0931.
15700 Winchester Boulevard    Los Gatos, California  95030    Tel (408) 354-9777    Fax (408) 354-9787

Case: 15-50656    Doc# 40    Filed: 03/08/16    Entered: 03/08/16 13:38:36    Page 4 of 21

Recording Requested By
Cupertino Capital

When Recorded Mail To
Cupertino Capital
15700 Winchester Blvd.
Los Gatos, CA 95030

Title Order No.

Space above this line for recorder's use

# DEED OF TRUST

RECORDER: INDEX FOR SPECIAL NOTICE

Loan No. **1217**

This Deed of Trust, made this **18th** day of **February, 2005**, among the Trustor, **ODH Partners, LLC, a California Limited Liability Company** (herein "Borrower"), **BDS Capital, Inc., a California Corporation** (herein "Trustee"), and the Beneficiary, **[See Addendum Attached]** (herein "Lender").

The beneficiaries (or assignees) of this deed of trust have agreed in writing to be governed by the desires of the holders of more than 50% of the record beneficial interest therein with respect to actions to be taken on behalf of all holders in the event of default or foreclosure or for matters that require direction or approval of the holders, including designation of the broker, servicing agent, or other person acting on their behalf, and the sale, encumbrance or lease of real property owned by the holders resulting from foreclosure or receipt of a deed in lieu of foreclosure.

## GRANT IN TRUST

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants, transfers, conveys and assigns to Trustee, in trust, with power of sale, the following described property located in the county of **Butte**, State of California: **See attached Exhibit "A" for Legal Description**, which has the address of **APN 030-230-018, Vacant Land, Oro Dam Oroville CA** (herein "Property Address");

**TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents** (subject however to the rights and authorities given herein to Lender to collect and apply such rents), royalties, mineral, oil and gas rights and profits, water, and water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are herein referred to as the "Property";

**THIS DEED OF TRUST IS MADE TO SECURE TO LENDER:**
(a) the repayment of the indebtedness evidenced by Borrower's note (herein "Note") dated **February 18, 2005**, in the principal sum of U.S. **$900,000.00**, with payment of interest thereon, the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; the performance of the covenants and agreements of Borrower herein contained; and (b) repayment of any future advances, with interest thereon, made to the Borrower by Lender pursuant to paragraph 19 hereof (herein "Future Advances"); and in addition (c) this Deed of Trust shall provide the same security on behalf of the Lender, to cover extensions, modifications or renewals, including without limitation, extensions, modifications or renewals of the Note at a different rate of interest; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property, that the Property is unencumbered except for encumbrances of record, and that Borrower will warrant and defend generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. BORROWER AND LENDER COVENANT AND AGREE AS FOLLOWS:

1. **Payments of Principal and/or Interest.** Borrower shall promptly pay, when due, the principal of and/or interest on the indebtedness evidenced by the Note, prepayment and late charges as provided in the Note, and the principal of and/or interest on any Future Advances secured by the Deed of Trust.

2. **Funds for Taxes and Insurance (Impounds).** Subject to applicable law, and if required by the Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein

Case: 15-50656    Doc# 40    Filed: 03/08/16    Entered: 03/08/16 13:38:36    Page 5 of 21



Peden CAT

# **C U P E R T I N O**
# *Capital*

# ***Trust Deed Investment***     **Loan #:**   1381

## **NOTE INFORMATION:**

| | | **YOUR INVESTMENT:** | |
|---|---|---|---|
| *Investment* | $600,000.00 | *Your Investment* | $50,000.00 |
| *Note Rate* | 13.00% | *Your Yield* | 12.00% |
| *Term (months)* | 36 | | |
| *Interest only Payment* | $6,500.00 | *Your Monthly Interest* | $500.00 |

## **PROPERTY INFORMATION:**

| | | | |
|---|---|---|---|
| *Market Value Estimate* | $2,275,000.00 | *Loan Position* | **SECOND** |
| *Balance 1st Loan* | $956,008.12 | *LTV 1st Loan* | 42.02% |
| *Balance 2nd Loan* | $600,000.00 | *LTV 2nd Loan* | 68.40% |
| *Balance 3rd Loan* | | *LTV 3rd Loan* | |
| *Equity* | $718,991.88 | | |

| | |
|---|---|
| *Address* | 821 Latimer Avenue |
| *City* | Modesto |
| *Approximate Size* | 3.62 acres of land |
| *Description* | Mobile home park.  Tenants lease their premises on a month basis. Owner makes income from electric, gas and laundry reimbursements. |
| *Comments* | Partnership has owned park since 1995.  Park has positive cash flow.  This loan replaces existing second mortgage and provides cash for park upgrades.  Owner plans to make upgrades in next 6 months. Cupertino Capital has only funded 500,000 of this loan - and his holding $100,000 unfunded until completion of improvements.  Owner also received a grant (300K) and low interest loan (100K) from City of Modesto to upgrade some of the utilities serving the park. |
| | Park is 100% leased and existing rents pay the debt service on first and second loans.  Upon completion of upgrades, rents will be raised and cash flow will improve.  First loan is with Bank of La Jolla. |

Cupertino Capital cannot legally guarantee the above loan.  Every effort is made to investigate, verify and ensure the accuracy of the information presented.  Cupertino Capital is a licensed California Real Estate Broker (license #01218445).  Department of Real Estate "license information" telephone number is (916) 227-0931.

15700 Winchester Boulevard   Los Gatos, California  95030    Tel (408) 354-9777    Fax (408) 354-9787

Recording Requested By
Cupertino Capital

When Recorded Mail To
Cupertino Capital
15700 Winchester Blvd.
Los Gatos, CA 95030

Title Order No.

Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office
**DOC- 2006-0130968-00**
Acct 501-Chicago Title
Friday, SEP 01, 2006 08:00:00
Ttl Pd    $30.00    Nbr-0002161732
                    OJM/R3/1-8

# DEED OF TRUST

RECORDER: INDEX FOR SPECIAL NOTICE

Loan No. **1381**

This Deed of Trust, made this **17th day of July, 2006**, among the Trustor, **Broad Acres Investors, a California Limited Partnership** (herein "Borrower"), **BDS Capital, Inc., a California Corporation** (herein "Trustee"), and the Beneficiary, **[See Attached Lender Identification]** (herein "Lender").

The beneficiaries (or assignees) of this deed of trust have agreed in writing to be governed by the desires of the holders of more than 50% of the record beneficial interest therein with respect to actions to be taken on behalf of all holders in the event of default or foreclosure or for matters that require direction or approval of the holders, including designation of the broker, servicing agent, or other person acting on their behalf, and the sale, encumbrance or lease of real property owned by the holders resulting from foreclosure or receipt of a deed in lieu of foreclosure.

## GRANT IN TRUST

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants, transfers, conveys and assigns to Trustee, in trust, with power of sale, the following described property located in the county of **Stanislaus**, State of California: **See attached Exhibit "A" for Legal Description**, which has the address of **821 Latimer Ave. Modesto CA** (herein "Property Address");

**TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents** (subject however to the rights and authorities given herein to Lender to collect and apply such rents), royalties, mineral, oil and gas rights and profits, water, and water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are herein referred to as the "Property";

## THIS DEED OF TRUST IS MADE TO SECURE TO LENDER:

(a) the repayment of the indebtedness evidenced by Borrower's note (herein "Note") dated **July 17, 2006**, in the principal sum of U.S. **$600,000.00**, with payment of interest thereon, the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; the performance of the covenants and agreements of Borrower herein contained; and (b) repayment of any future advances, with interest thereon, made to the Borrower by Lender pursuant to paragraph 19 hereof (herein "Future Advances"); and in addition (c) this Deed of Trust shall provide the same security on behalf of the Lender, to cover extensions, modifications or renewals, including without limitation, extensions, modifications or renewals of the Note at a different rate of interest; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the **Property, that the Property is unencumbered except for encumbrances of record, and that Borrower will warrant and defend** generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. BORROWER AND LENDER COVENANT AND AGREE AS FOLLOWS:

**1. Payments of Principal and/or Interest.** Borrower shall promptly pay, when due, the principal of and/or interest on the indebtedness evidenced by the Note, prepayment and late charges as provided in the Note, and the principal of and/or interest on any Future Advances secured by the Deed of Trust.

**2. Funds for Taxes and Insurance (Impounds).** Subject to applicable law, and if required by the Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein

Case: 15-50656    Doc# 40    Filed: 03/08/16    Entered: 03/08/16 13:38:36    Page 7 of 21



*Pedro CRT*

# CUPERTINO
# *Capital*

# *Trust Deed Investment*    *Loan #:*    1482

## NOTE INFORMATION:

| | |
|---|---|
| *Investment* | $300,000.00 |
| *Note Rate* | 11.00% |
| *Term (months)* | 36 |
| *Interest only Payment* | $2,750.00 |

## YOUR INVESTMENT:

| | |
|---|---|
| *Your Investment* | $40,000.00 |
| *Your Yield* | 10.50% |
| *Your Monthly Interest* | $350.00 |

## PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| *Market Value Estimate* | $705,000.00 | *Loan Position* | **FIRST** |
| *Balance 1st Loan* | $300,000.00 | *LTV 1st Loan* | 42.55% |
| *Balance 2nd Loan* | | *LTV 2nd Loan* | |
| *Balance 3rd Loan* | | *LTV 3rd Loan* | |
| *Equity* | $405,000.00 | | |

| | |
|---|---|
| *Address* | 139 Main Street |
| *City* | Valley Springs |
| *Approximate Size* | 3,000 s.f. building on 12,500 s.f. parcel |
| *Description* | Owner occuped retail property. Has unfinished loft area that owner plans to convert to additional useable space. |
| *Comments* | Borrower is owner of building. Current loan is due and needs to be refinanced. Borrower runs martial arts/karate studio in the property. |
| | Value was arrived at with appraisal that was completed on May 30, 2007. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.

15700 Winchester Boulevard   Los Gatos, California  95030    Tel (408) 354-9777    Fax (408) 354-9787

**When Recorded Mail To**
Cupertino Capital
15700 Winchester Blvd.
Los Gatos, CA 95030

FIRST AMERICAN TITLE COMPANY  5-1-1  3
5-1-1
11-1-7-6

Title Order No. 2726762 At   (3 Docs)

Space above this line for recorder's use

# DEED OF TRUST

RECORDER: INDEX FOR SPECIAL NOTICE

Loan No. **1482**

    This Deed of Trust, made this **18th** day of **June, 2007**, among the Trustor, **Philip Paul Weaver and Elizabeth V. Weaver, husband and wife as joint tenants** (herein "Borrower"), **BDS Capital, Inc., a California Corporation** (herein "Trustee"), and the Beneficiary, **[See Attached Lender Identification]** (herein "Lender").
    The beneficiaries (or assignees) of this deed of trust have agreed in writing to be governed by the desires of the holders of more than 50% of the record beneficial interest therein with respect to actions to be taken on behalf of all holders in the event of default or foreclosure or for matters that require direction or approval of the holders, including designation of the broker, servicing agent, or other person acting on their behalf, and the sale, encumbrance or lease of real property owned by the holders resulting from foreclosure or receipt of a deed in lieu of foreclosure.

## GRANT IN TRUST

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants, transfers, conveys and assigns to Trustee, in trust, with power of sale, the following described property located in the county of **Calaveras**, State of California: **See attached Exhibit "A" for Legal Description**, which has the address of **139 Main Street Valley Springs CA 95252** (herein "Property Address");

    **TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents** (subject however to the rights and authorities given herein to Lender to collect and apply such rents), royalties, mineral, oil and gas rights and profits, water, and water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are herein referred to as the "Property";

## THIS DEED OF TRUST IS MADE TO SECURE TO LENDER:

(a) the repayment of the indebtedness evidenced by Borrower's note (herein "Note") dated **June 18, 2007**, in the principal sum of U.S. **$300,000.00**, with payment of interest thereon, the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; the performance of the covenants and agreements of Borrower herein contained; and (b) repayment of any future advances, with interest thereon, made to the Borrower by Lender pursuant to paragraph 19 hereof (herein "Future Advances"); and in addition (c) this Deed of Trust shall provide the same security on behalf of the Lender, to cover extensions, modifications or renewals, including without limitation, extensions, modifications or renewals of the Note at a different rate of interest; and the performance of the covenants and agreements of Borrower herein contained.

    Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the **Property, that the Property is unencumbered except for encumbrances of record, and that Borrower will warrant and defend** generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. BORROWER AND LENDER COVENANT AND AGREE AS FOLLOWS:
    **1. Payments of Principal and/or Interest.** Borrower shall promptly pay, when due, the principal of and/or interest on the indebtedness evidenced by the Note, prepayment and late charges as provided in the Note, and the principal of and/or interest on any Future Advances secured by the Deed of Trust.
    **2. Funds for Taxes and Insurance (Impounds).** Subject to applicable law, and if required by the Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein

Applied Business Software, Inc. (800) 833-3343

[1482/Weaver-Main St]
Deed of Trust    Page 1 of 5

Case: 15-50656   Doc# 40   Filed: 03/08/16   Entered: 03/08/16 13:38:36   Page 9 of 21



CUPERTINO
*Capital*

*Peder CRT*

# Trust Deed Investment

**Loan #:** 1498

## NOTE INFORMATION:

| | |
|---|---|
| Investment | $3,875,000.00 |
| Note Rate | 12.00% |
| Term (months) | 18 |
| Interest only Payment | $38,750.00 |

## YOUR INVESTMENT:

| | |
|---|---|
| Your Investment | $75,000.00 |
| Your Yield | 11.00% |
| Your Monthly Interest | $687.50 |

## PROPERTY INFORMATION:

| | |
|---|---|
| Market Value Estimate | $5,850,000.00 |
| Balance 1st Loan | $3,875,000.00 |
| Balance 2nd Loan | |
| Balance 3rd Loan | |
| Equity | $1,975,000.00 |

| | |
|---|---|
| Loan Position | **FIRST** |
| LTV 1st Loan | 66.24% |
| LTV 2nd Loan | |
| LTV 3rd Loan | |

| | |
|---|---|
| Address | Barrett Drive |
| City | Morgan Hill |
| Approximate Size | 18 residential lots PLUS 18 finished homes |
| Description | 36 lot subdivision in Morgan Hill. Houses range in size from 2,641 - 3,039 s.f.. |
| Comments | The purpose of this loan is the acquisition and improvement of the 18 residential lots. The first phase of the project is 90% complete with five of the 18 units under contract. This loan will be secured in FIRST position on the 18 lots in the second phase PLUS it will be additionally secured in SECOND position of the 18 completed homes as additional collateral. |
| | The purpose of this loan is only for the acquisition, completion of street improvements/paving on he second phase. This is not a construction loan for any additional homes in Phase 2. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.
15700 Winchester Boulevard    Los Gatos, California  95030    Tel (408) 354-9777    Fax (408) 354-9787

RECORDING REQUESTED BY:
Cupertino Capital
Escrow No. 41166645276

WHEN RECORDED MAIL TO:

    CUPERTINO CAPITAL
    15700 Winchester Blvd.
    Los Gatos, CA 95030

Loan No: 1498



DOCUMENT: 195  .73      Pages: 11

Fees....    53.00
Taxes...
Copies..
AMT PAID    53.00

REGINA ALCOMENDRAS     RDE # 005
SANTA CLARA COUNTY RECORDER    9/27/2007
Recorded at the request of    1:51 PM
Financial Title Company

(This space for recorders use only)

# CONSTRUCTION DEED OF TRUST
## With Assignment of Rents and Fixture Filing

    This CONSTRUCTION DEED OF TRUST with Assignment of Rents and Fixture Filing (the "Deed of Trust"), is made as of September 19, 2007, by and between San Marcos Villas, LLC, a California Limited Liability Company ("Trustor"), whose address is 15700 Winchester Blvd., Los Gatos, CA 95030, BDS Capital Inc., a California corporation, ("Trustee"), whose address is 15700 Winchester Blvd., Los Gatos, California, and Beneficiary, (SEE ADDENDUM ATTACHED) (herein "Lender").

## ARTICLE 1. GRANT IN TRUST

    1.1    <u>Grant</u>. For the purposes and upon the terms and conditions set forth in this Deed of Trust, Trustor irrevocably grants, conveys and assigns to Trustee, in trust for the benefit of Beneficiary, with power of sale and right of entry and possession, all of its right, title and interest in and to that certain real property located in the State of California, in the County of Santa Clara, commonly known as Vacant Land, Morgan Hill, CA (APN:817-33-003), as set forth more particularly in Exhibit "A", attached hereto and incorporated herein by this reference, together with all appurtenances, easements, rights and rights of way appurtenant or related thereto, all buildings, other improvements and fixtures now or hereafter located thereon, all interest or estate which Trustor may hereafter acquire in the property described above, and all additions and accretions thereto (collectively, the "Property"). The listing of specific rights or property shall not be interpreted as a limit of general terms.

## ARTICLE 2. OBLIGATIONS SECURED

    2.1    <u>Obligations Secured</u>. Trustor makes this grant and assignment for the purpose of securing the following obligations (the "Secured Obligations"):

        2.1.1 Payment to Beneficiary of all sums at any time owing under that certain Promissory Note Secured by Construction Deed of Trust (the "Construction Note") of even date herewith, in the principal amount of Three Million Eight Hundred Seventy Five Thousand 00/100 Dollars ($3,875,000.00) executed by Trustor and payable to the order of Beneficiary;

        2.1.2 Payment and performance of all obligations of Trustor under that certain Construction Loan Agreement (the "Construction Loan Agreement") of even date herewith between Trustor and Beneficiary;

        2.1.3 Payment and performance of all obligations of Trustor under this Deed of Trust and all other instruments and documents now or hereafter executed by Trustor in order to secure or evidence the obligations of Trustor in connection with the Note and the Construction Loan Agreement;

        2.1.4 Payment and performance of every obligation, covenant or agreement of Trustor contained in any existing or future agreement of Trustor that recites that the obligations thereunder are secured by this Deed of Trust;

        2.1.5 All modifications, extensions and renewals of any of the obligations secured hereby, however evidenced.

 *Peden Family Trust*

# CUPERTINO
# Capital

# Trust Deed Investment

**Loan #:** 1281

## NOTE INFORMATION:

| | |
|---|---|
| *Investment* | $2,750,000.00 |
| *Note Rate* | 12.00% |
| *Term (months)* | 18 |
| *Interest only Payment* | $27,500.00 |

## YOUR INVESTMENT:

| | |
|---|---|
| *Your Investment* | $250,000.00 |
| *Your Yield* | 11.00% |
| *Your Monthly Interest* | $2,291.67 |

## PROPERTY INFORMATION:

| | |
|---|---|
| *Market Value Estimate* | $3,700,000.00 |
| *Balance 1st Loan* | $2,750,000.00 |
| *Balance 2nd Loan* | |
| *Balance 3rd Loan* | |
| *Equity* | $950,000.00 |

| | |
|---|---|
| *Loan Position* | **FIRST** |
| *LTV 1st Loan* | 74.32% |
| *LTV 2nd Loan* | |
| *LTV 3rd Loan* | |

| | |
|---|---|
| *Address* | 75 Sugar Hill Drive |
| *City* | Hillsborough |
| *Approximate Size* | 4,972 s.f. home on over one acre parcel |
| *Description* | Large custom residence in established neighborhood. House will have large entertaining areas, five bedrooms, den, 3 car garage. |
| *Comments* | Builder is past client of Cupertino Capital. He has successfully developed property in San Carlos and Hillsborough area. He resides in the same area as the subject property and runs a large commercial painting company. |
| | He is purchasing this lot and will begin construction of the house that is approved and ready to build on the site. All approvals and permits are completed. |
| | Value is based on broker opinion and will be verified by independent appraisal. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.

15700 Winchester Boulevard   Los Gatos, California  95030   Tel (408) 354-9777   Fax (408) 354-9787

035951

RL        JING REQUESTED B
Cupertino Capital
Escrow No.
**First American Title**
WHEN RECORDED MAIL TO:

    CUPERTINO CAPITAL
    15700 Winchester Blvd.
    Los Gatos, CA 95030

Loan No: 1281



**2005-189533**
02:42pm 10/28/05 DT AS FFM Fee: 51.00
Count of pages 11
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20050189533AR*

# CONSTRUCTION DEED OF TRUST
### With Assignment of Rents and Fixture Filing

    This CONSTRUCTION DEED OF TRUST with Assignment of Rents and Fixture Filing (the "Deed of Trust"), is made as of September 20, 2005, by and between David Chan and Suzanne Chan, husband and wife ("Trustor"), whose address is 5 Woodcrest Court, Hillsborough, CA 94010, BDS Capital Inc., a California corporation, ("Trustee"), whose address is 15700 Winchester Blvd., Los Gatos, California, and Beneficiary, (SEE ADDENDUM ATTACHED) (herein "Lender").

## ARTICLE 1. GRANT IN TRUST

    1.1    <u>Grant</u>. For the purposes and upon the terms and conditions set forth in this Deed of Trust, Trustor irrevocably grants, conveys and assigns to Trustee, in trust for the benefit of Beneficiary, with power of sale and right of entry and possession, all of its right, title and interest in and to that certain real property located in the State of California, in the County of San Mateo, commonly known as 75 Sugar Hill Drive, Hillsborough, CA 94010 (APN 038-333-210), as set forth more particularly in Exhibit "A", attached hereto and incorporated herein by this reference, together with all appurtenances, easements, rights and rights of way appurtenant or related thereto, all buildings, other improvements and fixtures now or hereafter located thereon, all interest or estate which Trustor may hereafter acquire in the property described above, and all additions and accretions thereto (collectively, the "Property"). The listing of specific rights or property shall not be interpreted as a limit of general terms.

## ARTICLE 2. OBLIGATIONS SECURED

    2.1    <u>Obligations Secured</u>. Trustor makes this grant and assignment for the purpose of securing the following obligations (the "Secured Obligations"):

        2.1.1 Payment to Beneficiary of all sums at any time owing under that certain Promissory Note Secured by Construction Deed of Trust (the "Construction Note") of even date herewith, in the principal amount of Two Million Seven Hundred Fifty Thousand  00/100 Dollars (S2,750,000.00) executed by Trustor and payable to the order of Beneficiary;

        2.1.2 Payment and  performance of all obligations of Trustor under that certain Construction Loan Agreement (the "Construction Loan Agreement") of even date herewith between Trustor and Beneficiary;

        2.1.3 Payment and performance of all obligations of Trustor under this Deed of Trust and all other instruments and documents now or hereafter executed by Trustor in order to secure or evidence the obligations of Trustor in connection with the Note and the Construction Loan Agreement;

        2.1.4 Payment and performance of every obligation, covenant or agreement of Trustor contained in any existing or future agreement of Trustor that recites that the obligations thereunder are secured by this Deed of Trust;

        2.1.5 All modifications, extensions and renewals of any of the obligations secured hereby, however evidenced.

*Peter Family Trust*



# Trust Deed Investment

**Loan #:** 1291

## NOTE INFORMATION:

| | |
|---|---|
| *Investment* | $1,600,000.00 |
| *Note Rate* | 11.50% |
| *Term (months)* | 24 |
| *Interest only Payment* | $15,333.33 |

## YOUR INVESTMENT:

| | |
|---|---|
| *Your Investment* | $150,000.00 |
| *Your Yield* | 11.00% |
| *Your Monthly Interest* | $1,375.00 |

## PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| *Market Value Estimate* | $2,500,000.00 | *Loan Position* | **FIRST** |
| *Balance 1st Loan* | $1,600,000.00 | *LTV 1st Loan* | 64.00% |
| *Balance 2nd Loan* | | *LTV 2nd Loan* | |
| *Balance 3rd Loan* | | *LTV 3rd Loan* | |
| *Equity* | $900,000.00 | | |

| | |
|---|---|
| *Address* | 2352 Gibson Girl Way |
| *City* | San Jose |
| *Approximate Size* | 3.01 acres with older 1,500 s.f. home |
| *Description* | Large parcel of land that is approved for four lot subdivision on private cul de sac. |
| *Comments* | Property is being sold by estate. Over 19 separate heirs to the property finally agreed to complete the sale of this land in May of 2005. Rich Ceraolo, principal of the buying entity, has been pursuing this opportunity for over 2 years. |
| | During the escrow, Rich did soils tests, engineering work, surveying, etc. to determine that the City of San Jose will allow a minor land subdivision to four lots. The lots will be about 1/2 acre each. This loan is to acquire the property. Buyers will refinance in 2006 to raise funds to do grading and minor street work. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.

15700 Winchester Boulevard   Los Gatos, California  95030   Tel (408) 354-9777   Fax (408) 354-9787

Recording Requested By
Cupertino Capital

**When Recorded Mail To**
Cupertino Capital
15700 Winchester Blvd.
Los Gatos, CA 95030

Escrow No. <u>129101</u>

Space above this line for recorder's use

## Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to **Ronald L. Murphy and Anne W. Murphy, trustees of The Murphy Charitable Remainder Trust, 6.250%, Larry L. Peden and Judith L. Peden, Trustees of The Peden Family Trust u/a dtd 08/27/1984, 9.375%,** all beneficial interest under that certain Deed of Trust dated **October 12, 2005** executed by **Red Horizon Investors, LLC, BKR Investors, LLC**, Trustor, to **BDS Capital, Inc., a California Corporation**, Trustee, and recorded as Instrument Number **18662453 on November 4, 2005** in book **N/A**, page **N/A**, of Official Records in the County Recorder's office of **Santa Clara** County, California, describing land therein as:
N/A

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated <u>12-12-05</u>

_____ TTEE
C. Liamos, trustee of the Liamos 2005 Revocable Trust

STATE OF CALIFORNIA
COUNTY OF <u>Santa Clara</u> } S.S

_____

On <u>Dec. 12, 2005</u> before me,
<u>Diana C. Leathers</u>
a Notary Public in and for said County and State, personally appeared <u>Charles Thomas Liamos</u>

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

DIANA C. LEATHERS
COMM. # 1599204
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
COMM. EXP. AUG. 4, 2009

(This area for official notarial seal)

Recording Requested By
Cupertino Capital
*Fidelity Natl*
*21013658*

When Recorded Mail To
Cupertino Capital
15700 Winchester Blvd.
Los Gatos, CA 95030

Title Order No.



Space above this line for recorder's use

# DEED OF TRUST

RECORDER: INDEX FOR SPECIAL NOTICE

Loan No. **1291**

This Deed of Trust, made this **12th** day of **October, 2005**, among the Trustor, **Red Horizon Investors, LLC a California Limited Liability Company as to 60% interest and BKR Investors, LLC a California Limited Liability Company as to 40% interest** (herein "Borrower"), **BDS Capital, Inc., a California Corporation** (herein "Trustee"), and the Beneficiary, **[See Addendum Attached]** (herein "Lender").

The beneficiaries (or assignees) of this deed of trust have agreed in writing to be governed by the desires of the holders of more than 50% of the record beneficial interest therein with respect to actions to be taken on behalf of all holders in the event of default or foreclosure or for matters that require direction or approval of the holders, including designation of the broker, servicing agent, or other person acting on their behalf, and the sale, encumbrance or lease of real property owned by the holders resulting from foreclosure or receipt of a deed in lieu of foreclosure.

## GRANT IN TRUST

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants, transfers, conveys and assigns to Trustee, in trust, with power of sale, the following described property located in the county of **Santa Clara**, State of California: **See attached Exhibit "A" for Legal Description**, which has the address of **APN: 652-14-011 & 652-14-012; 2352 Gibson Girl Way San Jose CA** (herein "Property Address");

**TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents** (subject however to the rights and authorities given herein to Lender to collect and apply such rents), royalties, mineral, oil and gas rights and profits, water, and water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are herein referred to as the "Property";

**THIS DEED OF TRUST IS MADE TO SECURE TO LENDER:**
(a) the repayment of the indebtedness evidenced by Borrower's note (herein "Note") dated **October 12, 2005**, in the principal sum of U.S. **$1,600,000.00**, with payment of all other sums, the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; the performance of the covenants and agreements of Borrower herein contained; and (b) repayment of any future advances, with interest thereon, made to the Borrower by Lender pursuant to paragraph 19 hereof (herein "Future Advances"); and in addition (c) this Deed of Trust shall provide the same security on behalf of the Lender, to cover extensions, modifications or renewals, including without limitation, extensions, modifications or renewals of the Note at a different rate of interest; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the **Property, that the Property is unencumbered except for encumbrances of record, and that Borrower will warrant and defend** generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. BORROWER AND LENDER COVENANT AND AGREE AS FOLLOWS:

**1. Payments of Principal and/or Interest.** Borrower shall promptly pay, when due, the principal of and/or interest on the indebtedness evidenced by the Note, prepayment and late charges as provided in the Note, and the principal of and/or interest on any Future Advances secured by the Deed of Trust.



# CUPERTINO
## Capital

# Trust Deed Investment

*Loan #:* 1414

## NOTE INFORMATION:

| | |
|---|---|
| *Investment* | $2,000,000.00 |
| *Note Rate* | 12.50% |
| *Term (months)* | 15 |
| *Interest only Payment* | $20,833.33 |

## YOUR INVESTMENT:

| | |
|---|---|
| *Your Investment* | $100,000.00 |
| *Your Yield* | 11.50% |
| *Your Monthly Interest* | $958.33 |

## PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| *Market Value Estimate* | $3,095,000.00 | *Loan Position* | **FIRST** |
| *Balance 1st Loan* | $2,000,000.00 | *LTV 1st Loan* | 64.62% |
| *Balance 2nd Loan* | | *LTV 2nd Loan* | |
| *Balance 3rd Loan* | | *LTV 3rd Loan* | |
| *Equity* | $1,095,000.00 | | |

| | |
|---|---|
| *Address* | 2012 Cutting Blvd. |
| *City* | Richmond |
| *Approximate Size* | Six separate 160) s.f. units, plus 2,600 s.f. SFR. |
| *Description* | Project consists of six attached town homes plus a single family residence on a separate parcel. |
| *Comments* | Borrower has spent over one year completing plans and specifications to construct this project. This is a construction loan which will fund the costs associated with completion of the project. The developer is building the units to sell upon completion. |
| | Each unit will have three bedrooms plus a garage. Value was arrived at by appraisals completed in October of 2006. Borrower is a past client of Cupertino Capital who has performed on his obligations. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.

15700 Winchester Boulevard   Los Gatos, California  95030   Tel (408) 354-9777   Fax (408) 354-9787

I√T 17 37356

RECORDING REQUESTED BY:
Cupertino Capital
Escrow No. 162163

WHEN RECORDED MAIL TO:

CUPERTINO CAPITAL
15700 Winchester Blvd.
Los Gatos, CA 95030

Loan No: 1414

The foregoing is a full, true and correct copy of a
document recorded in the office of the County
Recorder of Alameda County of 10-27-06
under Recorder's Ser. No. 06-200639 805
FIDELITY NATION___ ___ ___ INSURANCE CO.
By

(This space for recorders use only)

# CONSTRUCTION DEED OF TRUST
## With Assignment of Rents and Fixture Filing

This CONSTRUCTION DEED OF TRUST with Assignment of Rents and Fixture Filing (the "Deed of Trust"), is made as of October 23, 2006, by and between United Heritage industries, Inc., a California Corporation ("Trustor"), whose address is 5216 Wall Ave. "A", Richmond, CA, BDS Capital Inc., a California corporation, ("Trustee"), whose address is 15700 Winchester Blvd., Los Gatos, California, and Beneficiary, (SEE ADDENDUM ATTACHED) (herein "Lender").

## ARTICLE 1.  GRANT IN TRUST

1.1     Grant.  For the purposes and upon the terms and conditions set forth in this Deed of Trust, Trustor irrevocably grants, conveys and assigns to Trustee, in trust for the benefit of Beneficiary, with power of sale and right of entry and possession, all of its right, title and interest in and to that certain real property located in the State of California, in the County of Contra Costa, commonly known 2012 Cutting Blvd., Richmond, CA (APN: 544-292-020 and 544-292-006), as set forth more particularly in Exhibit "A", attached hereto and incorporated herein by this reference, together with all appurtenances, easements, rights and rights of way appurtenant or related thereto, all buildings, other improvements and fixtures now or hereafter located thereon, all interest or estate which Trustor may hereafter acquire in the property described above, and all additions and accretions thereto (collectively, the "Property").  The listing of specific rights or property shall not be interpreted as a limit of general terms.

## ARTICLE 2.  OBLIGATIONS SECURED

2.1     Obligations Secured.  Trustor makes this grant and assignment for the purpose of securing the following obligations (the "Secured Obligations"):

2.1.1 Payment to Beneficiary of all sums at any time owing under that certain Promissory Note Secured by Construction Deed of Trust (the "Construction Note") of even date herewith, in the principal amount of Two Million and 00/100 Dollars ($2,000,000.00) executed by Trustor and payable to the order of Beneficiary;

2.1.2 Payment and  performance of all obligations of Trustor under that certain Construction Loan Agreement (the "Construction Loan Agreement") of even date herewith between Trustor and Beneficiary;

2.1.3 Payment and  performance of all obligations of Trustor under this Deed of Trust and all other instruments and documents now or hereafter executed by Trustor in order to secure or evidence the obligations of Trustor in connection with the Note and the Construction Loan Agreement;

2.1.4 Payment and performance of every obligation, covenant or agreement of Trustor contained in any existing or future agreement of Trustor that recites that the obligations thereunder are secured by this Deed of Trust;

2.1.5 All modifications, extensions and renewals of any of the obligations secured hereby, however evidenced.

1

Recording Requested By:

When Recorded Mail To:

Cupertino Capital
21613 Stevens Creek Blvd.
Cupertino, CA 95014

Loan No.   810

| | |
|---|---|
| DOCUMENT:   15915678 | Titles:2 / Pages:  5 |
| | Fees.....  28.00 |
| ‖8815915678‖ | Taxes... |
| | Copies.. |
| | AMT PAID   28.00 |

BRENDA DAVIS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE # 010
10/17/2001
11:55 AM

(This space for recorders use only)

## DEED OF TRUST WITH ASSIGNMENT OF RENTS
### (This Deed of Trust contains an Acceleration Clause)

This DEED OF TRUST made   October 8, 2001 ,      between:
BKR Investors, LLC, a California Limited Liability Company

herein called TRUSTOR, whose address is: 21613 Stevens Creek Blvd.
                              Cupertino, CA  95014-

and  BDS Capital, Inc., a California Corporation          herein called TRUSTEE, and
Sterling Trust Company, Trustee fbo Larry L. Peden IRA#016190

herein called BENEFICIARY;

WITNESSETH: The Trustor irrevocably GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE in trust, with POWER
OF SALE, that property in the State of California, in the City of ___Los Gatos___ ,          County of
__Santa Clara__ ,          described as:

   See attached exhibit "A" for legal description
   Property commonly known as 15700 Winchester Boulevard, Los Gatos, CA

Together with the rents, issues and profits thereof, together with all rights and interest of Trustor, to all appurtenances,
easements, community interests and licenses, and to oil, mineral, gas, water, water certificates, and hydrocarbon rights,
leases, and overriding royalties therein, and all of these, whether appurtenant, riparian or appropriative. SUBJECT,
HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph 11 of the provisions
incorporated by reference herein, to collect and apply such rents, issues and profits.

Page 1 of 4

*Peden IRA*



CUPERTINO
*Capital*

# *Trust Deed Investment*    *Loan #:*    1181

## NOTE INFORMATION:

| | |
|---|---|
| *Investment* | $900,000.00 |
| *Note Rate* | 10.00% |
| *Term (months)* | 24 |
| *Interest only Payment* | $7,500.00 |

## YOUR INVESTMENT:

| | |
|---|---|
| *Your Investment* | $11,800.00 |
| *Your Yield* | 9.50% |
| *Your Monthly Interest* | $93.42 |

## PROPERTY INFORMATION:

| | |
|---|---|
| *Market Value Estimate* | $1,500,000.00 |
| *Balance 1st Loan* | $900,000.00 |
| *Balance 2nd Loan* | |
| *Balance 3rd Loan* | |
| *Equity* | $600,000.00 |

| | |
|---|---|
| *Loan Position* | **FIRST** |
| *LTV 1st Loan* | 60.00% |
| *LTV 2nd Loan* | |
| *LTV 3rd Loan* | |

| | |
|---|---|
| *Address* | Nevada Street |
| *City* | Auburn |
| *Approximate Size* | Approximately 3.0 acre site |
| *Description* | Office and Retail Project that has all required entitlements to commence construction of two office buildings and two retail buildings. |
| *Comments* | Project has been approved by the City of Auburn. Project owner (from Arizona) has decided not to construct project. An investment group with Dan Shaw as a principal has decided to pruchase the project. |
| | This loan will allow BKR Investors to complete the purchase of the property. This loan will be paid off with a construction loan prior to commencement of construction. |
| | Value is actual purchase price of property. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.
15700 Winchester Boulevard Los Gatos, California 95030 Tel (408) 354-9777 Fax (408) 354-9787

Recording Requested By
Cupertino Capital

When Recorded Mail To
Cupertino Capital
15700 Winchester Blvd.
Los Gatos, CA 95030

PLACER, County Recorder
JIM MCCAULEY
**DOC- 2005-0172336**
Check Number  9271/9283b
Tuesday, DEC 27, 2005 15:01:39
MIC   $6.00:AUT     $9.00:SBS      $7.00
OVE   $2.00:REC    $13.00:
Ttl Pd   $37.00          Nbr-0001416552
                                  baj/BJ/2-8

Title Order No.                              A R

Space above this line for recorder's use

# DEED OF TRUST

RECORDER: INDEX FOR SPECIAL NOTICE

Loan No. **1181**

This Deed of Trust, made this **24th** day of **October, 2005**, among the Trustor, **BKR Investors, LLC, a California Limited Liability Company** (herein "Borrower"), **BDS Capital, Inc., a California Corporation** (herein "Trustee"), and the Beneficiary, **[See Addendum Attached]** (herein "Lender").

The beneficiaries (or assignees) of this deed of trust have agreed in writing to be governed by the desires of the holders of more than 50% of the record beneficial interest therein with respect to actions to be taken on behalf of all holders in the event of default or foreclosure or for matters that require direction or approval of the holders, including designation of the broker, servicing agent, or other person acting on their behalf, and the sale, encumbrance or lease of real property owned by the holders resulting from foreclosure or receipt of a deed in lieu of foreclosure.

### GRANT IN TRUST

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants, transfers, conveys and assigns to Trustee, in trust, with power of sale, the following described property located in the county of **Placer**, State of California: **See attached exhibit "A" for legal description**, which has the address of **490 Nevada Street, Auburn CA** (herein "Property Address");

**TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents** (subject however to the rights and authorities given herein to Lender to collect and apply such rents), royalties, mineral, oil and gas rights and profits, water, and water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are herein referred to as the "Property";

**THIS DEED OF TRUST IS MADE TO SECURE TO LENDER:**
(a) the repayment of the indebtedness evidenced by Borrower's note (herein "Note") dated **December 14, 2004**, in the principal sum of U.S. **$900,000.00**, with payment of interest thereon, the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; the performance of the covenants and agreements of Borrower herein contained; and (b) repayment of any future advances, with interest thereon, made to the Borrower by Lender pursuant to paragraph 19 hereof (herein "Future Advances"); and in addition (c) this Deed of Trust shall provide the same security on behalf of the Lender, to cover extensions, modifications or renewals, including without limitation, extensions, modifications or renewals of the Note at a different rate of interest; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the **Property, that the Property is unencumbered except for encumbrances of record, and that Borrower will warrant and defend** generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. BORROWER AND LENDER COVENANT AND AGREE AS FOLLOWS:
   **1. Payments of Principal and/or Interest.** Borrower shall promptly pay, when due, the principal of and/or interest on the indebtedness evidenced by the Note, prepayment and late charges as provided in the Note, and the principal of and/or interest on any Future Advances secured by the Deed of Trust.
   **2. Funds for Taxes and Insurance (Impounds).** Subject to applicable law, and if required by the Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein

Applied Business Software, Inc. (800) 833-3343