ORIGINAL

**Case # 15-50656-SLJ (Narvaro #1472)**

From : biscottilu@comcast.net  Wed, Mar 02, 2016 08:14 PM
Subject : Case # 15-50656-SLJ (Narvaro #1472)
To : Todd Smith <toddsmith@svwms.com>
Cc : Lucille DeKort <biscottilu@comcast.net>

**FILED**
**MAR 1 6 2016**
CLERK
United States Bankruptcy Court
San Jose, California

Case # 15-50656-SLJ

From: Lucille DeKort
2269 Redwood Dr
Aptos, Ca 95003
(831)662-3091
BISCOTTILU@COMCAST.NET

Date of investment: 7/13/2007
Amount invested: $30,000.
Kind of investment: Deed of Trust
Amount of return: Fixed annual interest rate 10.50%
Term: 36 months

My understanding is that I would receive $10.5% interest on $30,000. for 36 months with an extra penalty for late payments. If I am not receiving interest then because I am on the deed I should therefore be receiving rent or at least be informed to what is happening. I am retired and need this money. I don't understand how the legal system allows Dan Shaw to step out of our agreement without any recourse!

Please help me get my retirement money back!
Thank you!
Lucille Dekort
03/02/2016

*[signature: Lucille D...]*